**ATTACHMENT A**

**Documents to be Filed Under Seal**

| Documents | Non-Confidential Description |
|---|---|
| Defendant Fleming's Sentencing Memorandum and Motion for Downward variance | The Sentencing Memorandum contains information from the PSR and personal information regarding Mr. Fleming and his family; and medical information regarding Mr. Fleming. |
| Character letters submitted as Exhibit 1 to his Sentencing Memorandum | The Character letters contain personal identifying and contact information of non-parties. |
| Medical Information submitted as Exhibit 2 to his Sentencing Information | The Medical Information is personal and sensitive. |