Tina Stevens Hage



August 7, 2023

The Honorable Richard Gergel
U.S. District Judge
P.O. Box 835
Charleston, SC 29402

Subject: Request for Leniency for Cory Fleming

Dear Honorable Gergel,

The time that we have to do good on this earth for others is limited, and it is for this reason that I am writing to respectfully request your consideration for leniency in the case of Cory Fleming, who is scheduled for sentencing on August 15. I have known Cory Fleming for twenty-two years and can attest to his character, his generosity, and the positive contributions he has made to our community. He changed the trajectory of my life, and he changed the trajectory of my twenty-two-year-old daughter's life.

I was eighteen, a new mother, and working my way through college when I met Cory and his wife, Eve Fleming. They were embarking on their journey of raising a first-born, and I was doing the same. They invited me to attend a playgroup they were hosting at their home, so I went. I am so glad that I went. Since that day, I have been a regular, and my daughter has been a regular in their home—a house whose doors are never locked to anyone. I know not a soul who gives the benefit of the doubt to others more than Cory Fleming, and it is through him that I gained a greater understanding of the law and a greater respect for our courts. In the Fleming kitchen during everyday conversation with Cory is how I came to view the courts not as a place to which people ambled and ruled, but a room to which the community extends itself and to which recalibration and reconciliation within the community is sought.

During the twenty-two years that I have known Cory, he has routinely extended community to me, and I've watched him do it time and time again for others. When I began my teaching career and needed someone to see my daughter off to school, it was Cory Fleming who extended himself. He drove her to school each day alongside his children and continued doing so for the next 15 years of her life and my career. He asked for nothing, expected nothing, and never once

made me or her feel like it was a burden to do it. That's a rarity, but it is who Cory Fleming is, and it's who I have seen him genuinely be for twenty-two years.

My daughter describes those aforementioned rides as opportunities for her to enjoy a guilt-free reprieve from the instability she sometimes felt in my home. The car rides with Cory and his children, she says, were filled with opportunities to be a child, engage in light-hearted banter, and opportunities to come of age and discuss real-world issues. Every day, she said, Cory would lead the children to pause, look out the window, and marvel with gratitude at their community and surroundings. He wanted them to see the beauty he saw and carry that worldview with them. For this, I am also grateful.

Additionally, Cory lent me a car when I needed it. He crafted fun outings and memorable experiences for my daughter so she could share in the experiences he shaped for his children and his family. Cory is a devoted father, and it was clear that he arranged his work life around his kids and family.

I firmly believe that the teen years weren't stocked with worry for me and regret for my daughter because my daughter and her friends often opted for healthy family fun at the Flemings' with Cory and Eve.

To this day, Cory continues to serve as a mentor and a point of light in my daughter's life. He continues to extend himself as he has always done.

In closing, I humbly request that Your Honor consider a more lenient sentence for Cory Fleming. I believe you can multiply the good that Cory Fleming does if you extend mercy and forbearance.

Thank you for taking the time to read and consider my request. I understand the complexity of your role and am grateful for your dedication to upholding justice. If you require any additional information or would like to discuss this matter further, please do not hesitate to contact me at 843-521-7707 or Tinahageeducation@gmail.com.

Sincerely,

Tina Stevens Hage



# Bauer | Metro
## LAW FIRM · PC

Monday, August 7, 2023

The Honorable Richard M. Gergel
United States District Court Judge
Post Office Box 835
Charleston, SC 29402

      RE:   CORY H. FLEMING

Dear Judge Gergel:

    This is probably the hardest letter I have had to write in both my legal career and personal life. How do I as an officer of the Court stand as a character witness for someone who has admitted to a felony? I can't excuse the crime or even put it in an understandable context. This crime is simply inconsistent with the character of my friend Cory Fleming. But, as all of us are better than the worst thing we have ever done, a fair and just sentence must take into account not just the crime, but, to the extent possible, the uniqueness of the defendant being sentenced. A friend of mine, a person I held in the highest regard, has admitted in open court that he is a criminal, and he has thrown himself at the mercy of the Court. I simply cannot understand this crime, and I cannot reconcile it with my 30-plus years of knowledge of Cory. I did not know Alex Murdaugh well enough to be anything but shocked; with Cory I am heartbroken.

    Cory has been a good friend, and he was good a lawyer. Cory was someone that I talked with regularly, and discussed thorny issues of UIM coverage, trial strategies, and Fourth Amendment issues. By his own actions, he has thrown that gift away. There is an African proverb, that "when an old person dies, a library has burned to the ground." Cory's actions have similarly burned a law library to the ground. I miss seeing my friend in the Courtroom. There is no point in belabouring his skill as a lawyer, but it is worthwhile for the Court to know how many young lawyers he helped. Young lawyers are too often turned loose into criminal courtrooms without a mentor. Sadly, there is no required apprenticeship for young lawyers. Cory was always there helping the young lawyers of Beaufort County. He made himself available to them. Cory was never too busy to give help, guidance, and advice. Cory cheered them on to victory or comforted them in their loss. The newspapers don't tell this story.

    I also am in a unique position to tell you about Cory's service to the community. Our magistrate's and municipal courts are where misdemeanour offenses are tried. A Venn diagram of the defendants in lower court would show a massive intersection of poverty, mental illness, disability, and drug addiction. Tragically, these same courts are underserved by the public defender system. I cannot

CORY H. FLEMING
PAGE 2

tell you how many countless times Cory took up helping these people without a thought of a fee or tallying up pro bono hours. Cory simply saw people in need and rushed to help. His simple selfless acts of kindness helped so many of the most needy and desperate members of our community. On this topic too, the newspapers are silent.

I also can tell you a little bit about Cory as a person. When any of us had time to talk with Cory, he did not want to sit around and tell war stories about some courtroom victory. Cory was not concerned about the trappings of wealth, and he had no time to discuss which iron he used on his approach shot on the seventh green of some golf course. Cory's focus was his family. He wanted to talk about how great a lawyer his Wife, Eve is; how she had defended some child who was being railroaded by the system. He wanted to talk about his children and their accomplishments and sometimes their struggles. He cherished every minute of time with his family. Newspapers do not tell the story of Cory being a great father and devoted husband.

Newspapers only tell the story of the crime. I know that my friend Cory has to pay for his crime. I know that his actions have profound consequences. Cory now is a felon. He will carry that brand with him forever. To some defendants, that may mean little, but to be a felon, by itself, is a punishment for Cory. I've talked with Cory, and I know that he is not just remorseful because he got caught. Cory is genuinely ashamed of what he has done, ashamed of what he has done to his Wife and ashamed of what he has done to his children. None of us can see into the hearts of others; we can simply judge by what we see. I see Cory as humbled, ashamed, and genuinely sincerely full of remorse. He will continue to punish himself for this crime for as long as he lives.

Judge, thank you for taking the time to hear from all of us, and thank you for taking the time to read all of these letters. We know that there must be punishment for every crime. There must be justice, but mercy and justice are not incompatible.

Yours very truly,

Samuel C. Bauer

/amh

Abigail Chiaviello

The Honorable Richard GergelU.S. District Judge
P. O. Box 835
Charleston, SC 29402

Your Honor,

Knowing Cory Fleming has been one of the most tremendous blessings. Cory's daughter, Quinn, and my older sister, Annalee, have been close friends since they were only a few months old in 2001. Two years later, I was born only four days before his son, Jack. With children so close in age, our families quickly became very close and I can honestly say that I do not know a time in which they were not.

As I write to you, I find it difficult to articulate how profound Cory's role has been in my life. He is a kind and loyal man who has loved and treated myself and Annalee as if we were his own children. My childhood is filled with fond memories of summer days where my sister and I would spend endless nights at "Camp Flemi-viello" as we called it where Cory would play as if he were one of us kids. He is a humble man who is known among his community as moral and trustworthy. He is a symbol of what a man should be and I have always been and will continue to be proud to call him a part of my family.

I remember being very young and my parents telling me that if I were ever in any trouble, to call Cory, that he would drop whatever he was doing to make sure that myself or either of my sisters were alright and safe. To me, Cory Fleming is *safe*. I have always known that if something had happened to either one of my parents, Cory would have welcomed my sisters and I with open arms. I have always known that if I needed him, Cory would be there. Cory would be there as I graduated, moved me into college or my first apartment, and walked me down the aisle. Cory Fleming has forever been a father figure to me and I am eternally grateful for having someone so full of love and compassion always standing with me.

One quality of Cory's that I have always admired is his graciousness. In addition to myself and my sisters, Cory has opened his home to a number of friends as a safe place to turn to when in trouble. I have seen Cory be a remarkable host parent to a Rotary Youth Exchange Student and welcomed her back into his home as she wished to obtain her high school diploma in the United States. Cory has taken Annalee and myself to Disney World along with his children as a Christmas Gift. When I was younger and frustrated about being excluded by the "big girls," Cory took me to the store where he bought me my first Lego set that we built together. On weekends, Cory would take Annalee and I out on the boat where we not only learned our way around the Beaufort and Battery Creek Rivers but we also discovered our love for early rock icons such as Jimi Hendrix and Bruce Springsteen. When another community member and friend of my family opened a toy store in Beaufort, Cory told his children, my sister, and myself that it is important to support your community and its small businesses and allowed each of us to choose a toy to purchase. Cory has run in almost every school fundraiser 5k and purchased every discount card and box of Girl Scout cookies from any kid that has come knocking on his door. He is a man that does what he can to support his community and treats every man woman and child he meets

Abigail Chiaviello
2501 N. Royal Oaks Dr.
Beaufort, SC 29902

with the same dignity and respect as he does his family. Cory is a proud member of his community, a proud father to many kids that are not his own and an incredible man whom I am proud to know.

I am sure that all of us who are writing to you are desperate to depict the Cory Fleming we all know in addition to the information you have heard during this trial. As much as we all wish to be the voice that changes your opinion of Cory, I would like you to know that in all of my time knowing Cory, I have never known him to be the man as presented in this case. It has been profoundly shocking, for myself and our community, to hear all the information that has come to light during this trial. I mention this because I wish that you know that Cory Fleming is so much more than this gross error in judgment. In determining his sentence, I would like to ask that you take this information into consideration and for leniency when making your decision.

Sincerely,
Abigail Chiaviello

*Abigail Chiaviello*





The Honorable Richard Gergel
U.S. District Judge
P. O. Box 835
Charleston, SC 29402

RE: Cory Fleming, "The Rest of the Story"

Beaufort is an old community with some families going back for many generations. Each generation of those families comes to know the grandparents, parents, and children in our own lifetime. Along the way we see the full spectrum of human behavior. We also see the growth and change from childhood to full maturity to old age. You can see remarkable changes over time. We also see how real mistakes and misjudgments can be made and then great changes occur as those lessons are experienced and lead to changes in their lives.

Our own family has gone through this when my brother was involved in the Jackpot smuggling operations in South Carolina. He was found guilty and served several years in prison. Then came the Paul Harvey "Rest of the Story" moment. He came back to Beaufort, became a successful home builder, married, and had two children, became a boy scout leader and over the next 18 years actively helped his son earn Eagle Scout status. He is the President of the Homebuilders association, a Southern Living featured -certified builder, member of several community planning committees. He is a major contributor to our community.  Now you may ask so what. What has this to do with Cory Fleming?

Cory's story is the same as he comes from a family with the same deep community roots. His values are his family and community's shared values. He knows right from wrong. And both know there is a price to pay and justice to be served when bad decisions are made. Those bad decisions are not the total story of who this man is and <u>who he will also become</u> in the years ahead. I have seen Cory reach out and help people and in particular young people. He is a good and faithful father. Cory contributes to this community and teaches this to his children and others. This is the fundamental value that sustains a community.

In summary, Cory now stands before a court of justice and a judge who have a duty to uphold the law and render a judgement and a sentence. In coming to that judgment, I would ask that not only the acts he has been accused of in court be considered but also the character of the man that has been clearly demonstrated for many years be taken into consideration. Not only will the judgment affect the next few years but also the many years to come in Cory's later life. I would ask that Cory be given the opportunity to be able to tell his Paul Harvey " Rest of the Story" sooner than later.



Merritt Patterson

August 1, 2023

The Honorable Richard Gergel
U.S. District Judge
PO Box 835
Charleston, SC  29402

Your Honor,

This letter is regarding Cory Fleming.

My name is Thomas B. Parham. I am a retired YMCA CEO. I retired two years ago from Mount Desert Island YMCA in Bar Harbor, Maine and still reside in the area. During my career, I also served as CEO for the Four Seasons YMCA in Tazewell, VA and The YMCA of Beaufort County in Port Royal, SC. It was during my tenure in Beaufort County (1993 – 2007) that I came to know Cory Fleming.

Cory was an active member of the YMCA, became a member of the Board of Directors for the YMCA and served as President of the Board of Directors for the YMCA of Beaufort County for the years 2001 and 2002. During that time, I got to know Cory very well. In addition to board meetings and committee meetings, Cory and I met informally on a weekly basis to discuss YMCA issues. We communicated frequently by phone; he often dropped by my office on his way to work out as well. In addition, I saw Cory and his wife Eve on Sundays at St. Helena's Episcopal Church where we were both members.

The period that Cory served on the YMCA Board of Directors and as Board President were critical years in the development of The YMCA of Beaufort County. Chartered by the YMCA of the USA in 1994, it was one of the youngest YMCAs in the country. Success was not guaranteed. Cory unselfishly spent volunteer hours providing leadership and making decisions that helped establish The YMCA in Beaufort County as the positive force in the community that it is today. Even though Cory is a good bit younger than I am, he provided me with valuable feedback, support and counsel that is characteristic of an excellent Board President.

Having observed Cory in various situations and having known him socially, Cory is a good husband to Eve, a good father to his children, a good neighbor in his community, and when I was there to witness, an active member of his church.

Cory dedicated hundreds of tireless hours providing volunteer leadership to what has become a major community service organization in Beaufort County. He has demonstrated unselfish devotion to the betterment and welfare of others, and the Beaufort community is a better place because of his volunteer work.

I hope that you will take this letter into consideration.

Sincerely,

Thomas B. Parham

**Annalee Chiaviello**

3rd August 2023

**The Honorable Richard Gergel**
U.S. District Judge
P. O. Box 835
Charleston, SC 29402

Dear Judge Gergel,

I hope this letter finds you well. My name is Annalee Chiaviello. I am a twenty-two-year-old college student and I have been a close friend to Cory Fleming and his family for my entire life. His oldest daughter, Quinn, and I are a month apart in age. Our families became friends shortly after I was born. Cory's son, Jack, and my younger sister, Abigail, were born four days apart.

From my earliest days, I considered Cory's children my best friends and I saw Eve and Cory as bonus parents to my sisters and I. Growing up, I spent as much time at Cory's house as my own. In the summertime, Cory would take us and other children in the neighborhood out on the boat tubing around the river. My family and I were included in holiday celebrations and the Fleming's included my sister and I in family trips to Disney World and football games in Columbia.

Cory is the type of person to treat strangers like friends, and his friends like family. In 2017, Cory's daughter participated in the Rotary Youth Exchange Program and spent a year abroad Cory and Eve hosted an exchange student, Michela, from Italy for several months. She was immediately treated as part of the family. After her exchange year had ended, Michela wanted to return to Beaufort Academy for her senior year. She was welcomed back with open arms. Not only did the Fleming's house her for the entire year, Cory had their home renovated to create an extra bedroom so that Michela would have her own space. They remain close to this day, and this summer Michela came to stay with them.

I know that if I were ever in need of help, Cory would move heaven and earth to make sure I was safe. Growing up my parents instructed my sisters and I to call Cory Fleming if we were in danger and could not reach them. My family's

trust in Cory extended so far that my parents have remarked that if anything had happened to them when we were children, they would have wanted Cory and Eve to take us in.

Cory Fleming is the last man on Earth whom I expected to write a letter of this nature. However, because of the man I know him to be, an honest, generous, humble, and kind man, I write this letter with zero hesitation. Your Honor, I ask that you show my friend Cory leniency. I ask that you show him and his family mercy and offer him the lightest sentence that is allowed.


Sincerely,

Annalee Chiaviello

# THOMAS E. DANIELS

July 30, 2023

The Honorable Richard Gergel
U.S. District Judge
P.O. Box 835
Charleston, SC 29402

Re: Mr. Cory Howerton Flemming

Dear Judge Gergel,

Thank you for your consideration in receiving this correspondence, on behalf of Mr. Flemming. It is my privilege to share with you aspects of his character as a husband, father, friend and human being.

I moved to South Carolina just under a decade ago, to continue my work as an Educational Psychologist serving the special needs population in the region. I was lucky enough to purchase a house on the same street as Mr. Flemming. He and another neighbor hustled over on my family's move-in day to offer us both help unloading our life's possessions, as well as dinner that very evening. Cory and his family, which includes his lovely wife Eve Flemming, Esq., and their two college aged children, Quinn and Jack, have been helping, hosting and supporting my own family since that very day.

Though I am now retired, through my training as an Educational Psychologist, revealed to me a common link between the character of the children I've served and the quality of their family/parents. Through the parental modeling I'd witness a corresponding social "core" in the child which would enable them to both function in an academic environment but also display the ability to become a solid "citizens," if you will, within society. In other words, good parents who provide an environment of structure and safety, most often produces wonderful children. I'm a 62 year old man and if my experience holds true then one of the greatest things Mr. Flemming has done, which is a testament to his character, is produce two spectacular children: Quinn is a recent graduate of Wofford and was on the college's Cross Country team while Jack is a rising Junior in college, looking into serving his country after graduation via the JAG program.

Beyond being the person I described above, Cory is also an active community volunteer – donating his time to Habitat for Humanity while also providing free legal counsel to both myself and a family in need I'd served. And I know, through sitting with him on so many recent occasions over that he's wondering if all the positives he's done in his life to help others, to raise a family and be a giving member to his community might be erased or ignored at this critical juncture in the measurement of his life. I hope this letter helps you in judging the composite and merit of his person.

Thank you for your time and consideration.

Thomas E. Daniels, MA., EDS.



Richard S. Chiaviello



July 29, 2023

The Honorable Richard Gergel
U.S. District Judge
PO Box 835
Charleston, SC 29402

RE: Cory Fleming

Dear Judge Gergel:

We understand that on August 15th you are sentencing our friend Cory Fleming. The purpose in writing this letter is to hopefully let you have a better understanding of the Cory we know.

We first met Cory in the summer of 2001. He and his wife Eve welcomed their first child Quinn in March and my wife Brenna and I had our first child Annalee in May. We quickly became close family friends. Twenty months later we were both fortunate to welcome our second children. We had another daughter, Abigail and days after her birth they welcomed a son, Jack.

Over the years, our love and affection for Cory, Eve, Quinn and Jack has grown. They took two of our children with them on a family vacation to Disney. We have never been in the position to reciprocate, but this never deterred them from including our children when possible.

We have come to know his parents and step parents. My children have spent weekends at his father Rusty and his wife Kitty's home in Georgia. Every time there was a parade in Beaufort, his mother Caroline and her husband Frank would invite us all to her home for a party on her porch after the parade. We mention this, because Cory and his family are not casual acquaintances of ours. Our girls refer to Cory's parents by the same names that Quinn and Jack do (Bug/Dee and Kitty/Pop).

Cory is always the first to respond when asked for help whether personally or professionally. When we were overwhelmed with a kitchen remodel project in our home, Cory showed up no questions asked and helped us assemble an entire kitchens worth of cabinets. When we tried to pay him, he refused even though his law license had been suspended by this time. Prior to the suspension of his law license, our youngest child was bit by a dog. Needless to say, we were all very upset, Cory volunteered his time to handle the case for us at no charge.

In 2017, his daughter Quinn went on a Rotary Youth Exchange to Germany. As a result, Cory and Eve were obligated to host a young lady from Italy for half of the school year. When this same student

wished to return to Beaufort and complete her senior year of high school, the Flemings graciously welcomed her back for the whole school year. They even renovated their home to create an additional bedroom so she had her own space. She returned this summer to visit with them.

We have only known Cory to be a dedicated and caring family man. He is also committed to the community we all live in. He has volunteered his time to help raise money for CAPA (Child Abuse Prevention Association) by participating in a community event called Dancing with Our Stars. This is a large event where contestant spends months practicing and raising money all for the benefit of CAPA.

In all of Cory's acts of kindness, we have never known him to ever do it for personal gain or recognition of any kind.

Losing his license to practice law has been devastating both financially and personally to Cory. The notoriety in the press has been very hard on all of his family and friends. We are very proud of the way he; Eve, Quinn and Jack have all handled themselves though this whole ordeal. They have shown nothing but poise and grace from the beginning. We are proud to call them our friends.

Except for the fact that we have to move two of our daughters into college on the 14th and 15th, we would be at the courthouse in support of Cory on the day of his sentencing.

We ask that you consider the little we have shared with you about our dear friend Cory and show him as much leniency and mercy as the court will allow. Please consider the losses he has already endured in making your decision.

Thank you for your consideration.

Sincerely,

Richard S. Chiaviello

Brenna Chiaviello

Richard Keaton

August 3, 2023

The Honorable Richard M. Gergel
United States District Court Judge
P. O. Box 835
Charleston, SC 29402

Re:     Sentencing hearing for Cory H. Fleming

Dear Judge Gergel:

This is submitted for the Court's consideration on imposing a sentence for Cory H. Fleming.

My name is Richard Keaton. I am a 70 year old resident of Beaufort. SC. I met Cory Fleming approximately 5 years ago through mutual friends.

Shortly after I met Cory, I was hospitalized with a stroke, and upon release from the hospital, I was not allowed to drive and had no way to get home. Upon hearing of my dilemma. Cory went out of his way to arrange transportation to get me home. I have never forgotten his act of kindness.

Since that time, I have had numerous encounters with Cory, his wife Eve and their 2 children. It has always been a happy, positive experience and during those times, Cory in particular has exhibited his devotion to his family, a genuine caring for others and willingness to help whenever needed.

Cory hasn't spoken to me very much about his case, except in a few instances where he acknowledged his lack of good judgment and regret for not following a higher course.

Having made many mistakes in my life, probably more than the average person, it has given me insight in being able to form an opinion about most people to a fairly good degree of accuracy. My view of Cory Fleming through our personal interactions is that he is a person of sound values who has made one bad mistake that will alter his and his family's life forever. Hopefully Cory and his family will recover from this and be able to continue their lives as the caring people that they are.

In the hope that they will be able to do just that, I am asking that the Court consider what I have written and bestow a sentence that is just and merciful, which will allow the Fleming family to heal, and continue to be caring, productive members of our society.

Thank you in advance, Judge Gergel, for your consideration of my concerns and thoughts about Cory Fleming.

Sincerely,

Richard Keaton

Richard Keaton

The Honorable Richard Gergel

U.S. District Judge

P. O. Box 835

Charleston, S. C.  29402

Dear Judge Gergel,

My relationship with Cory Fleming began in 2018 when I had his daughter, Quinn, in my Models of Leadership Class at Beaufort Academy.  What struck me was Cory's genuineness and interest in his daughter, her education, the welfare of other students, and the volunteer work they did as a team.  There were few philanthropic or volunteer community initiatives, like Habitat for Humanity or the February Pool Plunge for Multiple Sclerosis, that did not involve Cory.

As a frequenter of the YMCA, Cory was an equal opportunity presence and superb listener; there was no one with whom he would not stop to chat, always offering support, a kind word, and leaving them happier than they were moments before. It was as if they were the only other person in the gym.  In all my discussions with Cory, I never heard him utter an unkind or defamatory word about another individual.

That one of the burdens of being human is our feet of clay, my recent conversations with Cory are with a man who apportions blame where it should be, on his own shoulders.  Equally, he has reached out for therapy, in both individual and group sessions, and has recalibrated his moral compass in the direction of repentance and rehabilitation.

My father defined a friend as someone who will not abandon another, even when it seems the logical and 'smart' thing to do.  It is in that spirit that I will be in your courtroom on August 15.

My hope is that you will consider the above and dispense a portion of mercy to Cory in your decision.

Sincerely,

*Thomas A. Miller*

Thomas A. Miller

*August 5, 2023*

**Cory Fleming**

Anne Valle Helm ██████████████████
██████████████████████████████

This is the letter I I wrote to Judge

August 3, 2023

The Honorable Richard Gergen
U.S. District Judge
P.O.B. 835
Charleston, S. C.  29402

Dear Judge Gergen,

Cory Fleming has volunteered with me at the building site at Habitat for Humanity for almost two years.
Besides being an accomplished carpenter, Cory is prompt,  listens, works with all skill levels of volunteers and is
extremely knowledgeable in various  construction areas.  His volunteering has helped Habitat complete 2 homes for
needy families.
Cory brings kindness, talent and humor to the work site.  He is a true asset to my volunteer team.

Sincerely,


Anne Helm


Sent from my iPad

## Dear Judge Gergel,

8/1/23

I am unfortunately unable to attend today's sentencing for my friend Cory Fleming.
My only child is confined in a local nursing home due to a very rare brain disease and is now paralyzed and my wife and I share each day as her caregivers, therefore my daily time is needed down here in Beaufort. I would definitely rather be in Charleston today with a medically intact daughter.

I do want to share my experience and feelings for Cory and I hope this letter will be received in a positive manner from me, just as if I were present in your courtroom.
I truly believe that trust in a man is the most important emotion one can have in another person and I trust Cory despite any aspect of his case.
I met Cory when he first began his law practice down here in Beaufort. We both did criminal defense law and Cory was always available to me whenever I needed advice on how to properly proceed in any given case. Cory would call on me, if he needed my advice, and I was always willing to discuss both legal and factual issues in an effort to assist his clients who were in need of our help. For many years we helped each other and Cory definitely became a very trusted friend in our respective law practices.
From a personal standpoint, I know Cory's reputation in our community to be exceptional. He helped many through his church and was looked upon as a generous and kind citizen.
I know personally that Cory was an excellent husband and father.
In conclusion, I would definitely appreciate any leniency, mercy, or grace when you finalize your sentencing decision. On behalf of many in Beaufort, both in the legal field as well as other citizens, I humbly ask for a minimum sentence.
With all due respect and friendship, I remain yours truly,

Bruce Marshall

# Law Offices of Jim Brown, P.A.



July 25, 2023

The Honorable Richard M. Gergel
United States District Court Judge
PO Box 835
Charleston, SC 29402

    Re:    Sentencing Hearing for Cory H. Fleming

Judge Gergel:

    My name is Jim Brown and I am writing to you as a friend of Cory Fleming. I have known Cory and his wife since 1998 when I moved to Beaufort from Columbia. His wife was my direct supervisor at the Beaufort County Public Defender's office when I started there after leaving Richland County.

    Neither my wife nor I grew up in Beaufort so I am grateful to Cory for his introduction to the community. When I moved here, my twin sons were only two years old and he was always interested in their well being. Eventually, our families grew closer as my third son and Cory's two children went to high school at the same time.

    Cory was always willing to talk about the practice of law and offer suggestions to help me adjust to new court personnel and a different pace at the courthouse. He endeavored to find a place for me to fit into this insular community and some of my work with him involved me ghost writing federal sentencing memorandums for the very same court over which you now preside. In fact, Cory and I have represented co-defendants in both federal and state proceedings and I could not have chosen more competent counsel for this role even if it I had the opportunity.

    Cory also provided me with common sense advice when I ran for the state house in 2008. If I ever had any concerns, personal or professional, I knew that I could just drive over to his office at any time. His schedule was never too busy for me to stop and talk.

    I ask that you consider these characteristics when you decide if leniency is appropriate. I have never seen or heard of him being hard, mean, or vindictive in any facet of his life. To the contrary, he always has been willing to help others.

    Thank you, your Honor, for considering my thoughts and I ask that you show your strength by extending mercy to Cory when you make your tough decisions in his case.

    Sincerely,

    Jim Brown

July 30, 2023


The Honorable Richard Gergel
U.S. District Judge
P.O. Box 835
Charleston, SC 29402


Dear Judge Gergel,

My name is Caroline Cory Coslick and I am Cory H. Fleming's mother.  This is perhaps the most difficult, but the most important letter that I have ever written.

I will say to you what my former mother-in-law told me years ago that Cory is a wonderful human being. Cory was born to very young parents who had no training or aptitude for raising a child.  When people have told me what a fine person Cory is, I always confess that he pretty much raised himself. This is not completely true because Cory has always been surrounded by our wonderful friends and family who have impacted his life as much as his parents. Cory is my only child and I have truly been blessed.

Anyone who knows Cory, recognizes the joy he exudes and genuinely shares with all.  His laughter is contagious and as a mother, he always has a positive outlook, even in the darkest of times. However, his finest qualities are his love, kindness, and loyalty for his family and friends and clients.  My pride is in his actions of helping others...providing a thanksgiving dinner for a client's family, offering work for homeless people, securing counseling for a young friend going through difficult times, giving his longtime tenant financial breaks during hard times and talking into the late hours with a mother whose son was facing incarceration.   People and former clients around our town often come up to me to tell me of the kindness Cory has given them during difficult times.

Cory's younger days included typical events in school, sports, scouts, church and social events. That's not to say that there weren't glitches and growing pains along the way.  Cory's high school days at Benedictine Military School and his college days at USC were at times challenging.  The good news is that he has always recognized, attempted to rectified and learned from his missteps. The result was a young man with an exceptional work ethic--- whether mopping floors at the Red & White, delivering pizzas at USC, cleaning chemical containers at his father's business or working at a law firm in Columbia during his law school time.  His success in college and law school speak to his determination to become a contributing citizen.....but the best was yet to come!

When Cory married and became a father, I was so very fortunate to see the real Cory! He has never faltered as a steadfast and loving husband. By far, his greatest achievement has been his role as a father. All parents love their children, but I saw what being a father really looks like. Total dedication in everything. There was never an event or a meal or a family activity he would miss. All this while becoming a successful attorney and a contributing community member. The Fleming home continues to be the go-to place even when his own children are not home. It is a welcoming environment in which young friends can enjoy good food, interesting music and unconditional love.

Knowing that your child has made a grave misjudgment and compromised his integrity has been devastating and totally unexpected. Cory is the one who never lets even his mother drive home after having a beer. Cory's devotion and respect for the law is deep-rooted in both his personal and professional life. I am very proud of how he has been such an upright man, facing his mistake and the subsequent consequences. Consequences that as a mother, I recognize are so incredibly painful for my son. He often speaks and apologizes for the pain and disappointment his action has caused our family.

The fact that Cory and his family have lost everything they have strived to achieve in the past 26 or more years is the outward consequence of his action. Cory has worked tirelessly since his fall from grace, to develop his talents and skills so that he can continue to provide for his family. It will not be easy to reinvent himself and time is not in his favor. I believe his dedication to providing for his family and his need to repair his standing in the community, will be his driving force. I know he has so much to offer his community and all he encounters. Cory's spiritual growth and compassion for others who have suffered tragedies, much more painful than ours, continues to amaze me. Especially when he has been facing his own hardships. This is just another example of Cory putting the needs of others first.

After reading this letter, I'm sure you realize that I am simply a mother, a grandmother, a mother-in-law, and a retired special education teacher seeking leniency for her son. Cory has been my life and my side kick since I was 19. We have been through good times and bad times. He often had to eat junk meals because his mother had a paper due or a final exam. Cory never complained and he was always my champion. When he became an attorney and moved to Beaufort, I knew that we would continue to have our special bond often experienced by families who had travelled a winding road. As Cory became a well-respected attorney helping many individuals and families, I was overwhelmed with pride. Cory has only himself to make retribution to his family, his community and his God. I plead that you take all of this into consideration as you make your decision as to the future of my son, my wonderful human being son, my champion, Cory Fleming.


Very respectfully yours,

Caroline Cory Coslick

Caroline Cory Coslick

Crickett W. Scoggins



July 31, 2023

The Honorable Richard Gergel
U. S. District Judge
P. O. Box 835
Charleston, SC 29402

Dear Judge Gergel,

Please allow me to express my appreciation in being allowed to speak on behalf of who I know Cory Fleming to be.

I have known Cory since birth. His Mom, Caroline, and I were close friends in high school and have remained close through the years. Therefore, I have known and enjoyed a close relationship with Cory, his wife Eve, and their delightful children Quinn and Jack. Cory has always been a wonderful, hands-on fathers, and a dedicated husband. His family always came first.

Cory has devoted his life to helping others with wisdom, kindness, and heartfelt compassion. He has always been heavily involved with his community, and has been a diligent fundraiser for Beaufort Academy, CAPA, and works tirelessly for Habitat for Humanity, his Church and countless others. Serving and giving back is just what Cory does.

I would humbly ask for leniency and grace in the matter before the court. Cory would be a productive citizen if allowed community restitution. Cory is a good man with vast knowledge that could help so many who are at a crossroads in their life. I would ask Your Honor for consideration in allowing Cory to make amends and accountability with a sentence of court approved community restitution.

We all make mistakes and show poor judgement in life, but as God is a forgiving God, I humbly ask your consideration of all of his goodness, as well has his wrongdoing in this matter.

I appreciate the opportunity to tell my Cory Fleming story and hope perhaps to have pointed out what a productive citizen he would be.

I am grateful for your time, wisdom, and consideration Judge Gergel.

Respectfully,

Crickett W. Scoggins

The Honorable Richard Gergel

U.S. District Court

P.O. Box 835

Charleston, SC 29402

Leonard O'Connell



August 4,2023

Your Honor,

I would like to tell you a few things that reflect the kindness and character of my friend Corey Fleming. I have been very close friends with Corey for thirty years. He has given me advice and help whenever needed. He helped my son set up his general contractor business. and helped my daughter achieve her dream of opening a flower shop. He helped my Parents with their final wishes in their last days. He has always been there for me and my family. He even took time this spring, with everything he has going on in his life, to spend some long days helping me install new floors in my newly purchased home/fixer upper...as a friend. He's never Asks for much in return. He's a good man and I'm better for knowing him.

But at his best, he is a family man. He's good to his Mother, and her husband Frank. And his Father, who lives in Georgia. And to me it's obvious how much he loves his wife and kids.

He is a son, a father, a husband, and a friend that will be missed even for a day. So, I ask Your Honor for leniency. It would mean so much to a lot of good people.

Sincerely,

Leonard O'Connell

Fridrik E. Tiedemann

July 28, 2023

The Honorable Richard Gergel
U.S. District Judge
P. O. Box 835
Charleston, SC 29402

Dear Honorable Judge Richard Gergel,

I am writing this letter in reference to my friend Mr. Cory Fleming former Partner and
Attorney at the Moss & Kuhn Law Firm in Beaufort, SC. I am a retired SC State
Trooper and I have worked with the 14th Circuit Solicitor's office for over twenty years.
During my tenure as a Trooper and a Court Security Officer for the U.S. Marshal's
Service I had the opportunity to meet and work with Mr. Fleming. There are not enough
accolades in the English language to describe his personality and character. I also had the
pleasure of meeting and working with his wife Eve. Mr. Fleming was always very willing
to help people out "Pro Bono". I have seen him interact with his two children and he
always impressed me as a wonderful and loving Father. I know there are many people in
the Low Country that respect and admire him. Let me add one more important thing, he
is a man of Faith.

In conclusion I would humbly and prayerfully ask your Honor to give Mr. Fleming a
measure of leniency, mercy and grace in this case and that the Court take the aforesaid
information in consideration.

Respectfully yours,

Fridrik E. Tiedemann

August 5, 2023


The Honorable Richard Gergel

US District Judge

PO Box 835

Charleston, South Carolina, 29402


Re: Cory Fleming


To: The Honorable Richard Gergel,

This letter is written in support of Cory Howerton Fleming and his family. It is not our intent in writing this to diminish any adverse effects Cory's recently publicized actions have had on others. Our knowledge of his character is based primarily on the years we knew him best – his formative years. Though we have not seen him as much since he left Columbia for Beaufort, we have kept up with Cory through his parents, Caroline and Rusty.

We have known Cory since before he was born. In 1968 we were all young families attending USC and Midlands Tech. Caroline, Rusty and Cory lived below us in government subsidized housing where Rusty was the resident manager in addition to his studies. We spent most of our free time with them and the other apartment dwellers and we all became lifelong friends.

After Cory's birth we realized what faithful strong parents he had. Although they divorced when Cory was in high school they both remained devoted to him and were determined for Cory to learn responsibility, courage, trustworthiness and consideration for others. They encouraged his generosity and independence along with his passion for learning. During his youth Caroline and Rusty encouraged Cory's participation in both baseball and football. He learned the importance of teamwork and camaraderie along with respect and admiration for his coaches.

Throughout his years in Boy Scouts Cory lived up to the slogan of "doing something to help others each day", along with becoming more environmentally aware. In fact it was Cory who taught us the importance of recycling.

Cory's faith began in the Methodist Church where he became an acolyte. We understand his commitment to God continues as he is a member of a weekly Bible study.

As a happily married man to Eve, he has raised two very fine children, Quinn and Jack. Quinn is a 2023 honor graduate of Wofford College where Jack is currently a rising junior. Over the years Cory has been an active community leader serving for two years with Habitat for Humanity, as president and board member of the YMCA and in various coaching positions for youth sports. He recently participated in the annual fundraiser for CAPA "Dancing with the Stars". We believe Cory is a valuable member of the Beaufort community and the strength of his family.

In closing we believe the Cory we have known would want to right any wrongs that have occurred from any poor decisions and grace from the Court may afford that opportunity. With regard to his sentencing we ask for leniency and hope this information is useful in making that determination.

Respectfully submitted,

Cam and Sandra McLain

(Dr. and Mrs. William Campbell McLain III





**GRIFFITH FREEMAN LIIPFERT**
ATTORNEYS AT LAW

O. Edworth Liipfert III
Griffith, Freeman & Liipfert, LLC



Griffith, Freeman & Liipfert, LLC
E. MITCHELL GRIFFITH+
O. EDWORTH LIIPFERT III+
MICHAEL D. FREEMAN+*
KELLY DENNIS DEAN

+ certified mediator
* also admitted in the District of Columbia

August 2, 2023

The Honorable Richard M. Gergel
United States District Court Judge
P.O. Box 835
Charleston, SC 29402

**RE:    Sentence Hearing for Cory H. Fleming**

Dear Judge Gergel:

This is submitted for the Court's consideration on imposing a sentence for Cory H. Fleming. I have known Cory for my entire twenty-year legal career and have a very high opinion of him personally and professionally. We have been opposed to each other on numerous cases and I always enjoyed dealing with him. As Beaufort is a small town, I'd frequently see him socially as well.

Cory truly loved being a lawyer, and his enthusiasm is contagious. He loves being a father and husband even more. Whenever I spoke to him, the conversation inevitably turned to our families, and he truly cared about how I was doing and what I was doing. His mother was my neighbor for years, and I know from seeing him helping her that he's a loving and devoted son. For several years, I solicited donations for the bar Christmas party to benefit a local hospice, and Cory was always one of the first and most generous donors. He never meets a stranger and always makes time to help someone out or just to listen.

I had the unusual job of handling an appointed PCR hearing for one of his criminal cases years ago, which gave me a rare "behind the scenes" look behind at his file. I still recall how impressed I was at the work Corey did for his client in that case. He left no stone unturned, and in my mind, he got a great result. I strongly recommended that the client abandon the PCR because I thought the case was handled exceptionally well, and I did not think the client was likely to get such a good sentence were the case re-tried. Obviously, Cory will never practice law again. From talking to him and his wife recently, he seems to have accepted that and has been devoting a much of his time recently to volunteering for Habitat for Humanity while studying to apply for a general contractor's license. Cory is a good and honorable man who made one terrible mistake. He owned up to it and is accepting the consequences. It has already cost him the career he loved. I still trust Cory and feel strongly that if shown leniency,



GRIFFITH FREEMAN LIIPFERT
ATTORNEYS AT LAW

The Honorable Richard M. Gergel
August 2, 2023
Page 2

he will continue to be an upstanding member of our community and will never appear before you again.

In conclusion, I respectfully ask that you show grace and leniency when sentencing him. Please allow him to right his wrong by continuing to give back to our community rather than spending time behind bars. Please allow him to be defined by his proven track record of serving and helping the citizens of Beaufort rather than by the worst decision of his life.

Thank you in advance, Judge Gergel, for your consideration of my concerns and thoughts about Cory Fleming.

With kindest regards, I remain,

Very truly yours,

O. Edworth Liipfert III
OEL/kal

# CHRISTOPHER J. GEIER

ATTORNEY AT LAW, LLC

July 26, 2023

The Honorable Richard M. Gergel
United States District Court Judge
P. O. Box 835
Charleston, SC 29402

Re:    Sentencing hearing for Cory H. Fleming

Dear Judge Gergel:

This is submitted for the Court's consideration on imposing a sentence for Cory H. Fleming. I met Cory seventeen years ago as a fellow member of the Beaufort County Bar. In that time, I interacted with Cory both socially and professionally. I had the pleasure of watching him successfully try a case and I spent two weeks with him chaperoning a school trip which included our two sons.

In my twenty years of practice in Washington State, in the United States Army and in South Carolina, I saw a number of excellent lawyers ply our trade to great success. Cory's ability in court stands second to none. He was engaging, persuasive and organized, while maintaining an extraordinary level of decorum toward opposing counsel and witnesses. The class and respect Cory displayed during that trial is regrettably uncommon in today's courtrooms. I learned how to be a better advocate watching Cory work and that is one of the highest compliments I can give a fellow lawyer.

I did not know Cory well before the school trip we took with our sons. From the start, Cory proved to be an excellent travel companion and chaperone. I was particularly impressed with how he handled his son. My son rarely wanted to spend time with his boring father and I did not see him much as he ran around with his friends. Cory's son Jack was much more reserved and was clearly uncomfortable around most of the other children. Jack spent a large majority of the trip with us and Cory never brow-beat him about it as I might have with my boy. Cory supported his decisions and he was extremely patient with Jack. On one occasion, Jack smashed a snowball on Cory's head in the middle of a guided tour. I cannot imagine how I would react under those

circumstances, but I assure you that I would not have handled it with the grace, humor and understanding that Cory exhibited that day.  By the time the trip was over, I counted Cory as a friend.

In conclusion, I ask you to show Cory the greatest amount of leniency that is possible in this case. It is a shame that Cory finds himself in this position and that his legal carrier is over. Beaufort lost a talented trial lawyer. I hope that once Cory pays his debt to society and to the victims in this case, that he finds a way to teach law students or young lawyers.  He is supremely capable of teaching others the art of trial advocacy and his personal story is a cautionary tale that would be incredibly impactful if it came from the man himself.

Thank you in advance, Judge Gergel, for your consideration of my thoughts about Cory H. Fleming.

Very Respectfully,

Christopher J. Geier

**CHARLES B. MACLOSKIE**
ATTORNEY AT LAW

August 2, 2023

The Honorable Richard M. Gergel
United States District Judge
Post Office Box 835
Charleston, South Carolina 29402

RE:    **UNITED STATES vs. CORY H. FLEMING**

Dear Judge Gergel:

I have known Cory's family since 1967 and have known Cory since he started practicing law with Jim Moss, I believe, sometime in the 1990's. My relationship with Cory has been mostly professional and infrequently social. Corey has been a remarkably skilled lawyer and I have associated him in accident and worker's compensation cases. He was industrious diligent and completely ethical and protective of our mutual clients' interests in everything he did with me. His value to the practice of law and his reputation for honesty were without blemish until the recent events which place him before you for sentencing.

My knowledge of those events is insufficient for meaningful comment. But, his involvement in anything dishonest defies my ability to explain.

Such conduct is completely contrary to my experience with Cory and to his otherwise excellent reputation as a decent and honest man and a very skilled lawyer.

By admitting his responsibility for his actions and accepting the consequences for such he has taken the first steps toward rehabilitating his place in community life as a useful and constructive citizen and restoring his reputation as a decent, honest man.

Page 2
August 2, 2023
Judge Gergel letter

He has a strong and faithful support system in some very close friends with whom he maintains frequent and positive contact. He is loyal to them and they remain loyal to him.

He has always been, and continues to be, dedicated to his close and extended family and those family members remain dedicated to him.

Those who know Cory have faith in his ability to learn all that this part of his life has to teach and, as a result, come out of this better and stronger and better able to resume his position as a very useful member of our community.

Cory has already shown a strong potential for complete rehabilitation, a deep sense of remorse and willingness to make amends as best he can. Please show Cory and his family the merciful side of justice imposing upon him the shortest possible sentence of confinement.

With respectful regards, I am

Sincerely,

Charles B. Macloskie

CBM/tmt

To:                                                                                                          8/3/23
The Honorable Richard Gergel
U.S. District Judge
P. O. Box 835
Charleston, SC 29402

RE: Sentencing of Corey Fleming

From:
Kevin O. Green Sr. BS,PTA,MLDT-CDT,ARS SLPTA license #0948
Partner at Carolina Sportscare and Physical Therapy, Beaufort, SC x 27 years
United States Navy Veteran 1988-1998 (Gulf War Veteran) 8404 Medical Corpsman Fleet Marine Forces
Ironman Triathlon Coach
International Sports Science Assn:
        Tactical Fitness Instructor
        Personal Trainer
Volunteer Activities/ Organizations
American Red Cross:
        Disaster Shelter Manager x 27 years (current)
        Professional Rescuer CPR / First Aid Instructor x 33 years (current)
YMCA Board Member (current)
Scouts of America Committee Chairman, Outdoor Coordinator, Webmaster 2010-2018
Eagle Councilor / Coach
Father of 1 Son Kevin Green Jr. (Now 24)

Contact Information:

██████████████████████

        The Honorable Richard Gergel,

        My name is Kevin O.Green of Beaufort SC. I am an owner and clinician at Carolina Sportscare and Physical
Therapy, as well as community volunteer in various organizations. I have listed my background and credentials above so as not
to distract from my words that I have written on behalf of Corey and his family. I have known Corey Fleming and his entire
family for 27 years. I know Corey as a Father, Husband, Friend, Athlete and Attorney. My intent with this letter is to express my
support and love for Corey and his family. I understand the seriousness of the charges against him, but stand in support of he and
his family regardless of the outcome.

        As stated above I have known Corey and his family for 27 years. I remember when Corey and Eve got
married, and the start of their family. I have sat with Corey and Eve at countless swim meets, triathlons, 5Ks, and Scouting
meetings. I have enjoyed watching Jack and Quinn over the years growing, going on to college, and preparing for the next stages
in their lives. All along this route I have watched Corey and Eve's commitment to their family and unconditional love they have
for their children. I have seen both Corey and Eve as examples of exemplary parenting over the years and have attempted to
mirror their example with my own son. Their has never been a moment that the pride they feel for their children has not shown
when they discuss them. I count myself fortunate to have such great examples of parents to emulate. I have witnessed countless
examples of kindness and generosity by Corey to others, organizations and their families. One that stands out are Corey's words
to young athletes after events. He generously gives accolades to all participants regardless of their skill level. These unconditional
acts of kindness are one of the things I most respect about Corey. To me it shows the willingness to raise others.

        I know Corey through his commitment to the community. Regularly attending community fundraisers, races,
serving on local boards and just being willing to help at all times. What has most impressed me in the last few years even as this
case came to light was that Corey and his family never retracted from helping the community. They were here, "in it" and
committed to the community, knowing that their presence here makes a difference in all of the events that take place here in this
place we call home. Home needs care, home needs presence, home needs people like the Flemings to grow and stay strong.
Through it all Corey and his family remain exemplary members of the community.

        On a more personal note. I was awarded full custody of My son in 2001. Corey was my initial consultation as
an attorney. He served as council, councilor and friend. The advice that he provided to me and the example he set as a parent was
irreplaceable. One of the lessons I have learned from watching, and listening to Corey is that there is always room for
forgiveness. That lesson served me well over the years as a parent, professional and athlete. The love and respect I have for
Corey and Eve to care for me and my family at that most difficult time (and after) moves me to be here for them without
exception and with unconditional love.

Page 1 of 2

      In conclusion, what I know of Corey and his family through my 27 years of interacting with him, personally, professionally, athletically, and with community service activities, is one of a person that I love, respect and am proud to call friend. My hope in this letter is that The Honorable Judge Gergel sees how much the community of Beaufort, Corey's family, and my family need his continued example and leadership in our town and lives. With that I hope that The Honorable Judge Gergel would consider leniency with sentencing.

      It's with respect to the court that I offer my personal feelings regarding Corey Fleming and his family. Thank you Judge Gergel for the opportunity to share my history with you about Corey Fleming and his caring nature. I hope my words have properly conveyed my intent to support Corey and his family.

      I am at the service of the court in any way that I can assist.

8/3/23

Kevin O. Green Sr.
Beaufort, SC
Date: 8/3/23


Contact Information:
133 Baynard Rd.
Beaufort, SC 29906
843-441-4482C / 843-521-1970 W
Email: Kogpta@gmail.com

Page 2 of 2

Dear Judge Gergel,

I'd like to make an introduction to this letter by making a mention that I am single father of a special-needs parent and now also serve as I his guardian. Cory Fleming worked unconditional care attention with me in achieving the safety and the life direction for my son in obtaining guardian status. Cory is my brother-in-law of 20+ years.

With the highest level of sincerity, I want to express the positive impact Cory Fleming has had on the lives of my family, to my kids, to his community simply remains invaluable.

From the Upstate SC of where I live, his fellow contemporaries, attorneys, friends of families and in general....as a collective, there has been no shortage of them that have made mention of the high character and professionalism in which Cory carries himself and continues to throughout this process and remains to do so under scrutiny of challenges he has faced.

In the world of real estate, we work with referrals through our own clients, as well as friends and families. Cory's timing is no different than a large majority of the business community that we all work in, within the state of South Carolina. We need the Cory Fleming's of the world to remain constant in our lives whether it's working with our peers and/or friends and family or the kindness displayed time and time again with unconditional care and help he gives to those in need. There's none I know of with higher integrity that represents someone that should stay in constant presence of our lives.

Thanks,

Perry Major

August 1, 2023

The Honorable Richard M. Gergel
United States District Court Judge P. O. Box 835 Charleston, SC 29402
Re: Sentencing hearing for Cory H. Fleming

Dear Judge Gergel,

I hope this letter finds you well. I am writing to submit this letter for your consideration as you impose a sentence for Cory H. Fleming. I have had the privilege of knowing Cory since 2009, and I am eager to share my insights about his character and the positive impact he has had on our community.

I first met Cory at the Beaufort-Jasper YMCA, where our mutual passion for competitive running and physical fitness brought us together. Over the years, we participated in numerous local running events, forging a strong bond based on our shared interests and values. As the Healthy Living Director at the Beaufort YMCA, I had the opportunity to witness firsthand Cory's dedication to our organization. He, along with his family, has been a founding member of our YMCA, and his commitment to its success has been unwavering.

Cory's involvement extended beyond mere membership; he served on the Y's Board of Directors for five years and even assumed the role of Board Chair during his tenure. Not only did he generously contribute his time and expertise to our YMCA, but he also extended his financial support to our causes. For the past eight years, I have overseen the Y's River Swim, our signature fundraiser for the learn-to-swim program. Cory, together with his daughter, took part in the challenging 3.2-mile swim, and when I approached him for sponsorship, he readily agreed to support our worthy cause.

In addition to the YMCA's Learn to Swim fundraiser, I could always count on Cory to sponsor and actively participate in a running event I chaired for Beaufort Academy's Parent Association. His generosity was not limited to financial contributions; he went out of his way to help others. I can attest to this personally, as I am a single mother of three sons. There have been times when I relied on Cory's expertise to fix various household issues, and he never hesitated to lend a hand. One vivid example is when my outdoor shower pipe froze and started spraying water everywhere on Christmas morning. Despite the holiday festivities, Cory was there to help me fix the pipe in the freezing weather without a moment's hesitation.

Furthermore, Cory has been a guiding figure in the lives of my sons. He has been a mentor, providing them with support, advice, and an empathetic ear when they needed someone to confide in. His genuine care and interest in their well-being have made him a beloved figure in

our lives, leading my sons and me to affectionately refer to him as "Uncle Cory," despite not being related by blood.

Cory's character is one of unwavering generosity, acts of kindness, and a strong sense of responsibility towards his family, friends, and community. He has consistently demonstrated his commitment to making a positive impact, and his contributions have left a lasting mark on the lives of many.

In conclusion, I respectfully request that you consider the information provided in this letter when determining Cory's sentence. I believe that his actions and the genuine goodwill he has shown throughout the years are a testament to his character. I kindly ask for your leniency, mercy, or grace in this matter, as I firmly believe that Cory's positive qualities should be considered during the sentencing process.

Thank you, Judge Gergel, for taking the time to read this letter and for your thoughtful consideration of my concerns and thoughts about Cory Fleming.

Sincerely,

Denice Davis

Denice Davis



## JOHNSON & DAVIS, PA
### — ATTORNEYS —

BARRY L. JOHNSON*
HUTSON S. DAVIS, JR. **
W. LAMAR JOHNSON, II
MANNING R. CATHCART

* Certified S.C. Mediator and Arbitrator
** Certified S.C. Mediator



August 1, 2023

The Honorable Richard Gergel
US District Judge
PO Box 835
Charleston, SC 29402

Dear Judge Gergel:

I am writing you with the hope that something I write might give you cause to look favorably on Cory Fleming when you exercise your judicial duty of imposing sentence on him. I have known Cory Fleming and his family since Cory was about three years old. I lived in the same apartment complex with them when I was in Law School. I "babysat" Cory on occasion when his Mom and Dad had night classes. Since that time I was pleased to follow Cory as he grew into a fine young man. I know personally of the high moral and ethical family life in which he was raised. His parents are dear friends of mine and I would consider him to be that also. His family as well as I were so pleased when he became an attorney and began to practice in Beaufort. Cory and I practiced in different areas of the law so I did not interact with him much professionally. I did refer several of my clients and friends to him when the situation required. I do know that his reputation with the bar prior to the current issues with which you are now involved was excellent. Due to his and his lovely family's involvement in the community and his church, Cory was well thought of and admired. I would imagine that many people still hold Cory in high esteem as do I.

I do not know anything more about the issues before you than I have read or heard. I have not spoken about them with Cory or any of his representatives. I do believe that, at worst, Cory is a good and decent man who may have succumbed to a very unfortunate lapse of judgement for which he has already paid very dearly. Knowing his character as I do, I cannot imagine what he may be going through in his ownership of his actions. Whatever his involvement in the current legal issues are, Cory Fleming knows better than anyone else the hurt and disappointment he has brought to those who know him, love him and who he loves back. He has lost the profession he worked so hard to attain and the reputation he had within that profession. It is arguable that he cannot be punished more than he has been already but, I realize that his plea will exact a price.

As you consider your sentence for Cory, I would urge you to be mindful that a debt to society can be paid in many ways. Cory Fleming is a relatively young man. I believe that this

The Honorable Richard Gergel
US District Judge
August 1, 2023
Page 2

chapter in his life will lead him into another one in which he has so much to give and share to the benefit of others. The Cory Fleming I know will come out of this with the same dedication to his family and his community that he has always had. Society will be very well compensated.

I know you to be a fair and impartial Judge. I simply ask that you consider the circumstances of Cory Fleming, his acceptance of his fault, his assumption of responsibility in a cooperative and truthful fashion. I request that when considering the deprivation of Cory's liberty, you be as lenient as possible knowing that he is still the good and decent man I described and, one day he will prove it again.

Thank you Your Honor for the privilege of offering these thoughts for the benefit of my friend, Cory Fleming.

With highest personal regards,

Very truly yours,

JOHNSON & DAVIS, PA

Hutson S. Davis, Jr.

HSD/dac

# HARVEY W. MCCORMICK, III

August 8, 2023

The Honorable Richard M. Gergel
United States District Court Judge
P. O. Box 835
Charleston, SC 29402

Re:     Sentencing hearing for Cory H. Fleming

Dear Judge Gergel:

I respectfully submit this letter for the Court's consideration on imposing a sentence for Cory H. Fleming. I have known Cory since we were in law school together in the early 1990's. I also practiced with Cory at the 14th Circuit Solicitors office after law school and have been a friend and colleague of Cory's for the last thirty (30) years. I am familiar with Cory on a professional and personal level. Further, our children went to school together at Beaufort Academy and remain close.

Professionally, Cory's reputation as a knowledgeable and zealous advocate was well known throughout the state. He was always generous with his time for other attorneys, myself included, who looked to him for counsel and advice.

Away from the practice of law, Cory is known for his dedication to his family. It was rare to attend an event in which his children were involved that he was not present and supportive. He was also active in community events particularly when they involved any type of fitness.

I ask that you take the positive influence that Cory has had on his community and family into consideration in making your decition and grant some mercy to him.

Thank you in advance for your consideration.

With kindest regards, I remain

Yours very truly,

Harvey W. McCormick, III

Sarah B. Major



The Honorable Richard Gergel
U.S. District Judge
PO Box 835
Charleston, South Carolina 29402

Subject: Character Letter for Cory Fleming

Dear Judge Gergel,

I am writing to express my strong support for my brother-in-law, Cory Fleming. My name is Sarah Major. I am writing this letter to offer my perspective on the remarkable individual that Cory is and to provide insights into his exceptional qualities as a devoted husband, father, community member, volunteer, and friend.

First and foremost, Cory has shown unwavering commitment and love for his family. As a father, he has displayed extraordinary dedication to his children, Quinn and Jack Fleming. Quinn recently achieved Summa Cum Laude honors upon graduating from Wofford University, which is a testament to Cory's nurturing and supportive parenting. Jack, his younger son, is a rising Junior at Wofford, further reflecting Cory's guidance and influence. Cory's role as a husband to his wife, Eve Fleming, has been equally impressive. Their strong and loving partnership is evident to all who know them, and their relationship has been a source of inspiration to me.

My husband and I faced the critical decision of designating guardianship for our child, Birdie who is now 4 years old, and we selected Cory and Eve as the individuals we trust wholeheartedly. Their exemplary parenting and unwavering dedication to their own children provided us with the utmost confidence in their ability to care for and guide our child should the need ever arise. This decision was made with the utmost consideration and reflects the profound respect and trust we have for Cory's character and values.

I have always been particularly struck by Cory and Eve's generosity and open-heartedness, one of the many reasons we decided on them as guardians. One example that exemplifies this is their hosting of a foreign exchange student from Italy for over a year in their home and welcoming her into their family. By providing a nurturing and supportive environment, Cory and Eve left a positive impact on this young woman's life. They are like that with everyone they meet and are truly wonderful people!

Additionally, Cory's involvement in community service underscores his commitment to making a positive impact. Since 2021, after being unable to practice law, he has dedicated his time and efforts to Habitat for Humanity, an organization that exemplifies his selflessness and desire to

better the lives of others. His contributions to the YMCA Board further showcase his dedication to community development and well-being. Cory's active role as a supporter of the YMCA demonstrates his sincere belief in fostering strong, healthy, and thriving communities.

One of the most telling aspects of Cory's character is his love for his community in Beaufort. He possesses a deep sense of connection and responsibility for the well-being of those around him. His willingness to engage in meaningful volunteer work and his constant support for local initiatives illustrate his genuine care for the people and places that define the community.

In conclusion, I wholeheartedly vouch for Cory Fleming's integrity, compassion, and dedication to family. I am privileged to know him and to have witnessed firsthand the positive impact he has on the lives of those around him. I kindly request that you take my testimony into account when considering Cory's character and contributions.

Thank you for your time and consideration.

Sincerely,

Sarah B. Major