Dear Honorable Richard Gergel

My name is Cathy Molina. Am happy to tell you about my good friend Cory Fleming. I first met Cory shortly after he graduated law school. Soon after he and his wife Eve asked me to be their house keeper. I gladly accepted. I have worked for them for 25 years. He has always been a good, charitable person.

When Eve announced she was pregnant he was just beside himself. We were all very happy. I soon found myself babysitting. They are a commited happy family.

I was at their home at least once a week.

Holidays were just wonderful. Cary enjoyed doing the cooking. Everyone was invited, including my family. They have always treated me as part of the family.

Cory has always been very appreciative and considerate to me.

If I was there when he came home from work, he would give me a hug and made me feel important.

Cory is a wonderful man who would
help anyone in need.
He is down to earth and has never
been one to put on airs. This is just
one of the many things I love about him.
He is a great son, husband and father
and I am proud to call him my friend.

sincerely,
Catherine Molina

The Honorable Richard Gergel
U.S. District Judge
P.O. Box 835
Charleston, SC 29402


Dear Judge Gergel,

My name is Sara Oakley. I have been a friend of Cory Fleming's mother, Caroline Cory Coslick, for many years. We have taught school, traveled, and shared family time together. Cory and his family have been present at many special events at Caroline's home. He has always been kind and polite to my family and other guests.

Cory has been an active member of our community in Beaufort. He has been a good father to his two children and has taken pride in their education and activities. Cory has been a good husband to his wife, Eve. He is a hard worker and wants to develop a new career to support the family.

I believe that Cory has shown regret for his actions. My husband and I strongly hope that the Court will grant leniency in his sentencing.

Yours truly,

Sara Oakley

August 3, 2023

The Honorable Richard Gergen
U.S. District Judge
P.O. Box 835
Charleston, S.C. 29402

Dear Judge Gergen,

Cory Fleming has volunteered with me at the building site at Habitat for Humanity for almost two years.

Besides being an accomplished carpenter Cory is prompt, listens, works with all skill levels of volunteers and is extremely knowledgeable in various construction areas. His volunteering has helped Habitat complete two homes for needy families.

Cory brings kindness, talent and humor to the work site. He is a true asset to my volunteer team.

Sincerely,

Anne Helor

To Honorable Richard Gergel

Your Honor,

I have known Cory since we were children. His mother Caroline is my Godmother and our families have been close throughout my life. Cory is without a doubt one of the kindest and friendliest people I have ever known. His children, wife, friends and anyone who ever encountered him would agree. I have many friends who are attorneys and the thing that stands out to me about Cory and the tragedy of this situation is that I can honestly say I've never met anyone with as much passion for the practice of law as Cory. Fortunately, that passion is typical of everything he does. Without question, I believe that he will transfer that passion and commitment to whatever the next endeavor in life holds for him. I ask that you consider this and grant leniency with his sentence. In closing, Cory Fleming is at his core a good man and one who could be a force of good for his community and society in general if afforded the opportunity.

Respectfully,

D. Tupper Iseman, MD



*Earning Trust - Building Relationships*



Jay Taylor
Kinghorn Insurance Agency of Beaufort

███████████

August 1, 2023

The Honorable Richard M. Gergel
United States District Court Judge
P. O. Box 835
Charleston, SC 29402

Re:     Sentencing hearing for Cory H. Fleming

Dear Judge Gergel:

I respectfully submit the following for the Court's consideration on imposing a sentence for Cory H. Fleming. I have known Cory and his family for approximately 25 years, 18 of which as neighbors. Our children have grown up together, we have vacationed together, and to date continue to spend a good deal of time together.

Over the years I have witnessed Cory as a loving father, faithful husband and committed friend. I have even modeled certain aspects of my parenting after observations from dealings with his children, including a foreign exchange student for 2 years. Mr. Fleming has also been a business leader, active and visible in community-minded organizations. Being in the insurance business, Cory and I have had many spirited but friendly conversations that have led me to a greater understanding of the law and have helped me develop better day to day practices for my clients. Cory has also been very active in a men's bible study in which I am also a member. Participation in and dedication to this bible study has led to a tremendous visible transformation. Through this ordeal, I have witnessed Cory be humbled, regretful for past actions, and become much more introspective and focused on things that truly matter in life.

In conclusion, I ask that you take these attributes into consideration when sentencing Mr. Fleming, as I ask for your leniency and mercy.

Thank you in advance your honor, for your consideration of my concerns and thoughts about Cory Fleming.

Sincerely,

Jay Taylor

Christopher W. Lempesis, Sr.

████████████████████
████████████████████

August 7, 2023

Honorable Judge Gergel
U.S. District Judge
P.O. Box 835
Charleston, SC 29402

Re: Cory Fleming

Dear Judge Gergel:

Shakespeare in the play, "Julius Caesar," said that the good that men do is often interred in their bones. He made reference to humanity's tendency to dwell on our mistakes. I think of Shakespeare's quote every time I see or hear a news article about Cory Fleming.

I have only known Cory for about two years but in that time, I have watched him as he interacted with his family, his friends, and especially my grandchildren. Cory is a gentle and sensitive individual who cares for people. As you deliberate on Cory's fate, I beg you to consider the good that he has done.

Sincerely,

Christopher W. Lempesis, Sr.

August 4, 2023

The Honorable Richard Gergal
U.S. District Judge
P.O. Box 835
Charleston, SC 29402

To The Honorable Richard Gergal,

I am writing to you regarding my family friend, Cory Fleming. I have known Cory for almost 30 years. His parents and my mother knew each other when he and my brother were infants in Columbia, SC. I met Cory when he and my brother were roommates after college in Beaufort. From day one, Cory has always been one of the most kind hearted people that I knew. As I got older, I kept up with Cory through my brother and his mother mostly. I saw how he became a supporting husband and loving father. He has always been there for his family throughout the years.

I was gone from Beaufort for many years, but when I returned, it was great to be reunited with Cory and his wonderful wife, Eve. He continues to be a generous and loving person. When I disclosed to him that my mother had been diagnosed with Alzheimer's, he sat there and cried. The next day he called her to make plans to meet for lunch. It made my mom's day for them to catch up and spend time together. It may not seem like a lot, but it meant so much to her. This is just one example of how kind hearted Cory is.

As I close this letter, I am asking that this court take this information into consideration. Please listen to all sides of his story and what his family and friends have to say about him.

Thank you for your consideration,

Shera Gibson Loveless

Shera Gibson Loveless

**Charles S. (Rip) Major III**

███████████████

August 2, 2023

**The Honorable Richard Gergel**
U.S. District Judge
P.O. Box 835
Charleston, SC 29402

Honorable Judge Gergel:

I am writing to you on behalf of my brother-in-law, Cory Fleming. We are very fortunate to have Cory as a member of our family. My parents, siblings, their children have all been the beneficiaries of Cory's help at some point in time.

He's my brother-in-law, my friend, my inspiration and my advisor. I've witnessed his caring and generous nature over decades. He's passionate about his family, his friends and his community. Even before his involvement in building houses for Habitat for Humanity, Cory has never been one to steer away from hard work, beginning with manual labor jobs in his teen years. I've witnessed the respect he has for those regardless of station in life. I have found him to be a man of high character, empathetic, and always willing to help. I will be forever grateful for what he has done for me through the health and lay-off challenges that I've incurred.

During my visits to Beaufort, it is easy to see that their home is an extension of Cory. It is filled with hospitality, but it has also served as a sanctuary for some in transition...one of his children's friends looking for mentorship and an opportunity for those who can't find employment....a client of his wife's looking for any type of work. I am truly proud of his son and daughter who carry the social conscience that he exhibits.

I submit this letter to ask for leniency for Cory and that the Court will take its content into consideration.

Thank You,

Rip Major

08/07/2023

The Honorable Richard Gergel
U.S. District Judge
P.O Box 835
Charleston S.C. 29402

Subject: Character Reference for Cory Fleming

Dear Judge Gergel,

I hope this letter finds you well. I am writing to provide a character reference for my brother-in-law, Cory Fleming, who is currently before your court. My name is Edmund Major, and I have had the privilege of knowing Cory for many years as a family member and close friend.

Cory Fleming is a remarkable individual who has consistently demonstrated his commitment to his family, community, and personal growth. Cory is married to my sister, Eve Fleming, and they are parents to two wonderful children, Jack and Quinn. Jack is a rising junior at Wofford College, and Quinn is a recent Wofford graduate with honors. Cory's dedication to his role as a father and husband is unparalleled; he consistently goes above and beyond to support and nurture his family.

In fact, Cory and Eve's parenting skills are so commendable that my wife and I have made provisions in the event of an unforeseen accident, entrusting Cory and Eve with the responsibility of raising our own daughter, Birdie, who is currently four years old. This decision is a testament to the deep trust and respect we hold for Cory's integrity and capabilities as a loving and responsible guardian.

Cory's involvement in his community is also noteworthy. He has been an active volunteer with Habitat for Humanity, donating his time and skills to help provide safe and affordable housing for those in need. Additionally, Cory's pursuit of a contracting license through his educational endeavors underscores his determination to improve himself both personally and professionally. He believes in continuous learning and using his knowledge to contribute positively to society.

Having witnessed Cory's character and actions firsthand, I have no doubt that he is a person of high moral fiber and unwavering commitment to doing what is right. His actions consistently reflect his values of honesty, hard work, and compassion.

I humbly request that you consider Cory's character and his contributions to his family and community when making your decision. Cory is not only a devoted family man but also a responsible and compassionate member of society who is actively working to better himself and the lives of those around him.

Thank you for your time and consideration. If you require any further information or if there is an opportunity for me to speak on Cory's behalf, please do not hesitate to contact me.

Sincerely,

Edmund Major

July 26, 2023

Hon. Richard Gergel
U. S. District
Post Office Box 835
Charleston, SC 29402

RE: Cory Fleming

Dear Sir:

I am Anne Darby Mobley and I worked for Cory Fleming at the Law Offices of Moss & Kuhn, PA as a paralegal when he first started working for the law office. Cory was always hard working, honest, and very caring for his clients and personnel. He took his time preparing for his cases which consisted mainly of criminal cases and some civil cases. I found him to be ethical, sincere, and honest. I worked with several different attorneys at that law firm, but Cory always stood above anyone else. I watched him grow in his practice and as a family man. I never saw Cory cut corners with his work and, if he told you he was going to do something for you or a client, he always came through.

He has always been a good friend and I have always been proud to know him. He is a good father, husband, and is well liked in our community.

I am asking you to take this information into your consideration and that you show him leniency, mercy or grace.

Thank you,

Anne Darby Mobley

The Honorable Richard Gergel
U.S. District Judge
P.O. Box 835
Charleston, SC 29402

August 4, 2023

Judge Richard Gergel,

This letter is in support of Cory Fleming. I have known Cory's Mom, Caroline, since we attended grade school together and were cheerleaders in both middle and high school. We have remained the best of friends. The Fleming family is highly respected in our community. We got to know Cory when we moved back to Beaufort after my husband retired from the US Air Force after 28 years as a pilot.

We worked out at the YMCA with both Cory and his wife, Eve. We admired and respected Cory's dedication to keeping fit. We would see him jogging around Beaufort to stay in shape as well as working hard at the YMCA. He volunteered his time and effort to help run the YMCA; he even served as its president. He is well thought of and was trusted with running a successful program. He is a dedicated family man, actively involved and very concerned about his children's education. I am a retired high school teacher, and I remember one time Cory and I had a long conversation regarding how proud he was of his son, Jack's accomplishments.

We are asking the court for leniency in sentencing Cory Flemming. He is a good man, and the Beaufort community would miss his strength.

Thank you for your consideration.

Very Respectively,

*Henrietta M. Bayne*

Henrietta M. Bayne

*Howard L. Bayne III*

Lt. Colonel Howard L. Bayne III

The Honorable Richard Gergen
U. S. District Judge
P. O. Box 835
Charleston, SC  29402

Dear Judge Gergen,

I am writing this letter of support on behalf of Cory Fleming, a long time and valued friend.

Cory has been an asset to his community, as well as a generous and kind gentleman.  I have
known him to be a devoted son, husband and father.  I humbly request leniency for Cory and
pray that the court takes this information into consideration.

Respectfully,

Carol M. Russell

Charles Webb



The Honorable Richard Gergel

U.S. District Judge

P.O. Box 835

Charleston SC 29402

Re. Cory Fleming

Dear Judge Gergel:

It is my understanding that you will be the presiding judge at an upcoming hearing for Corey Fleming.

I have known Corey and his Family since they moved to Beaufort . He has always impressed me as a caring husband and father . As a father of four wonderful children and nine grandchildren myself I feel now more than ever the strong need for a close and loving family unit to contend with all that children are exposed to in these trying times.

It is for this reason that I urge leniency in your deliberations that will allow Corey to continue as the Loving Father and Husband and practice care and healing that will result in the best outcome for all.

I thank you for your time and consideration .

Kind Regards,

Charles Webb

The Honorable Richard Gergel
U.S. District Judge
P.O. Box 835
Charleston, S.C. 29402

August 8, 2023

Re:     Cory H. Fleming

Dear Judge Gergel,

Please accept this letter as a positive character reference on behalf of my friend Cory Fleming.

I met Cory and his wife, Eve, in 1998 when I moved to Beaufort, S.C. I worked as Cory's paralegal for two and a half years while living in Beaufort. At that time, Cory was a relatively new attorney, and I was a new paralegal. Through working together we learned a lot from each other and developed a positive and open working relationship where he treated me like a colleague, rather than his Paralegal. Cory always treated his me and his clients with the utmost respect, compassion, and kindness. He made sure I knew that I was a valued part of his law practice.

Since leaving Cory's law firm, we have remained close friends. I am also close friends with his wife, Eve, and have followed his children since they were born. I was still working with Cory when his oldest daughter, Quinn, was born. He is a loving and supportive husband and father. I have witnessed first-hand the devotion that he has for his children.

Throughout our friendship over the last twenty-five years, I have never questioned Cory's integrity, generosity, or kindness. I understand he made a mistake in this case. I am proud of Cory for taking responsibility for his actions. I pray that you will take mercy on Cory when imposing a sentence.

Respectfully,

Shannon S. Wilkes
Hartsville, SC

To: The Honorable Judge Richard Gergel          August 5, 2023

My name is Hi Williams I am a 73 year old retired Educator. I live in Beaufort SC and I have known Cory Fleming all of his life. I respect that Cory has accepted responsibility and pleaded guilty for his mistake. I am writing to give you a glimpse of Cory's life. I sincerely believe he is a far better person than the offense he pleaded guilty to would indicate.

Cory is an only child and was raised by a loving mother and father. His mother is an Educator and his father is a Chemical Engineer. Unfortunately, when he was in high school his parents divorced. However, Cory continued with his education and sports at Benedictine Military School in Savannah, GA. Despite dealing the challenges of a split family, he continued to be a high achiever, emotionally, academically, and in sports. After high school he graduated from the University of South Carolina earning a law degree.

After receiving his law degree, he moved to Beaufort where he began work with the Solicitor's Office, and then with a local prominent law firm. He and his wife Eve were married shortly after this. My husband Jim introduced him to Rotary soon after that and he became a member of the Sea Island Rotary Club.

Cory has a very strong work ethic. When he lost his law license he immediately started preparing for a new career. He is very concerned about his family, which now includes a daughter who just graduated from college and a son who is currently a Junior at Wofford. To better prepare for the future Cory has enrolled in classes at Lowcountry Technical College and currently volunteers for many different organizations in Beaufort.

I know Cory made a serious mistake and deserves to receive punishment. But deep down in my heart I know he is a good person who can be a productive and positive influence in our community in the future. Please consider this letter in your sentencing decision.

Respectfully,

Hi Williams

Hi Williams

The Honorable Richard Gergel
U. S. District Court
P. O. Box 835
Charleston, SC 29402

August 7, 2023

Re: Cory H Fleming

Dear Judge Gergel,

I have known Cory H. Fleming for almost 30 years. He had just moved to Beaufort, working at the Solicitor's office and I was a mortgage banker in town. I rented from him in downtown Beaufort and we spent our free time hunting and fishing and became fast friends. Cory was a groomsman in my weeding and I was in his wedding. Cory, has always been a driven hard worker, a loyal friend and someone that I looked up to. He loved volunteering in the community with Rotary and with the YMCA. He is a devoted father and family man and one of the most caring people I know. I am writing this letter to ask the court to show leniency and mercy when sentencing Cory.

Sincerely;

Christopher H Gibson

3 August 2023

The Honorable Richard Gergel
US District Judge
PO Box 835

Cory Flemming and I crossed paths when we both swam on the Parris Island Masters Swim Team. He was a fun and considerate team member, always cheering on others. He was always willing to swim any event that Coach Dick Felters asked of him. He and his wife often hosted team parties in their home. He welcomed all of us with cheerful inclusion. He was a new father at that time and I saw first hand the joy he had in having his daughter in his life.

I ask you and the court to take his total life into account at this time.

Respectfully,
Kristy Plouck Wood

August 6, 2023

The Honorable Richard Gergel
U.S. District Judge
P. O. Box 835
Charleston, SC 29402

Dear Honorable Judge Richard Gergel,

I am writing this letter in reference to my friend Mr. Cory Fleming. I first met Cory at the YMCA in Beaufort, SC where I was a cycling instructor. Cory, his wife Eve and their daughter Quinn were regulars in my classes. Throughout my 16 years at the YMCA, I have always found Cory to be an excellent person, volunteering his time, honest, kind, giving sacrificially, a solid family man and a very involved father.

In 2011, when our eldest son was violently attacked in his home, Cory offered to help us walk through the overwhelming process we would be facing in court with 5 offenders. Never once did Cory ask anything in return, he simply saw our anguish and he gave of his time and talents freely. He was a true Godsend to our family!

I saw Cory at the YMCA after his charges, he was humble and said, "This has taught me things about myself that I didn't know I needed to know." There was not one ounce of pride or denial verbalized, only sorrow and remorse. I very humbly ask Your Honor, if possible, to show leniency when sentencing Mr. Fleming. I sincerely thank you for taking this into your consideration.

Very Respectfully,


Lisa O'Brien

August 1, 2023

The Honorable Richard Gergel
U.S. District Judge
P.O. Box 835
Charleston, SC 29402

Dear Judge Gergel,

My name is Frank Coslick and Cory Fleming is my Stepson. I cannot address Cory's childhood years since his Mother, Caroline, and I were married some thirty-four years ago and Cory was at that time in his undergraduate years at USC in Columbia. I can, however, attest to the hard work and effort that he put forth in completing his undergraduate studies, law school, passing the bar exam and developing a successful law practice in Beaufort. That's a lot of water under the bridge, but over that period of time, one can learn a lot about a person's character and drive. Cory can have fun and enjoy life but he also knows the hard work and effort necessary to achieve ones goals. I have not been disapointed in what I have seen from him; Cory maturing from that young student to the accomplished man he is today. Serving his clients to the best of his ability.

A major highlight in our lives was when he married Eve Major Fleming and blessed us with two wonderful children, a daughter, Quinn and a son, Jack. Family means everything to Cory and his love and devotion to his family are exceptional. He certainly is a loving and faithful husband, but parenting is where he shines. He is always there for them to provide support and guidance, giving that positive influence that has helped to positively shape their lives.

Cory has always been a very outgoing individual, developing friendships easily. Understandably, the rest of the family does as well. When the children were younger, the Fleming home was a constant flow of neighborhood children in and out. Even now, the children's high school and college friends stop by to visit and catch up. The Fleming home is a welcoming place. A place where extended family and friends can gather for holidays, special occasions or to just watch a ball game on TV and share good food and company. Friends have always been very important; those that have been developed professionally as well as casually. Cory is a very giving individual to not only his friends and family, but also to his community and clients. He has served on several civic minded organizations and volunteered time and talents to others. The recent support the Cory family have received in return from their friends and community is a tribute to how much they have appreciated the friendship they had received.

Judge Gergel, I would hope that the information provided to you in this letter and others recently received would be given due consideration in your deliberations on the fate of Cory.

Respectfully,

Frank E Coslick

August 8, 2023


The Honorable Richard Gergel

U.S. District Judge

P.O. Box 835

Charleston, SC  29402


Your Honor, Judge Gergel,


My name is Tre Couturier and I am writing on behalf of Cory Fleming.  I recognize the seriousness of his offense but would like to offer you a glimpse of the person that I have known for the last 35 years.


I have known Cory since we attended undergraduate college at USC as a classmate, fraternity brother and since then, a lifelong family friend.  In my experience, I have always known Cory to be loyal and true to his moral beliefs and in everything he sets his mind to and with everyone he meets.  He is a passionate athlete and an even more loving, married father of two.  I have known him to be a humble husband yet also proud of his family, his wife, Eve and their two children, all while balancing a challenging career and community service.  I have known Cory to be fair and responsible and witnessed him to be the first to offer compassion with the courage to stand up for those in need.


In conclusion, I recognize this is a serious offense and understand that Cory has taken responsibility for it.  I would ask the court to please consider, with respect to your sentencing, the lifelong strengths and character of the whole person to help balance any human weakness or shortcomings and ask grace for Cory and his family.


Respectfully,

Tre Couturier

**Cory Fleming**

Louisa Dargan <louisa.dargan@gmail.com>
Sat 8/5/2023 2:05 PM
To:Deborah Barbier <dbb@deborahbarbier.com>

August 5, 2023

The Honorable Richard Gergel
U.S. District Judge
PO Box 835
Charleston, SC  29402

RE:  Sentencing hearing for Cory Fleming/August 15, 2023

Dear Judge Gergel:

I have known Cory Fleming for most of his life and was married to his uncle (Albert H. Cory Jr.) for 14 years until his death.  During this time we lived in Mount Pleasant and visited Mr. Cory's sister (Caroline Cory Coslick) and her husband frequently.  I still have a close relationship with them.  While in Beaufort we often saw Cory, his wife Eve, and their children Quinn and Jack.  We had Christmas dinner at Cory and Eve's home several times.

This is a lovely family.  I have always found Cory to be kind, respectful to others, friendly and hospitable.  He has always been a good son, nephew to my husband, and exceptional husband and father.

I ask for leniency and mercy for Cory.

With best regards,

Louisa Freeman Dargan

\\`

John and Deidre Dickens

The Honorable Richard Gergel
U.S. District Judge
P.O. Box 835
Charleston, S.C. 29402

Dear Honorable Gergel:

Please allow this letter to serve as a character reference for Cory Fleming. We first met Cory when we became across-the-street-neighbors with the Fleming family on Wilmington Island in Savannah. Cory was in grammar school. He and our son were the same age and became joined-at-the-hip friends. Our daughter was two years younger. The children were always in our home or the Flemings home. Cory's mother was like a second Mom to our children and we grew to love Cory like our own. He was a polite, respectful, and honest young man. His manners were impeccable. He was taught the old school ways of yes Mam and Sir. Cory was a very happy, outgoing, honest and well-adjusted young man. He, along with our children, participated in the Wilmington Island Sports Club, the YMCA, the Boy Scouts, the local church and community activities. Cory's parents, Rusty and Caroline were terrific and became our close friends. They were hands-on-parents who were attentive, kind and loving. Cory excelled in school and sports.

We sadly left Savannah for a career advancement. We have never lost touch with Cory, through college graduation, law school, marriage, his own parenting of two remarkable children and his exemplary work as a lawyer and a prosecutor. It has been evident that the family and life values he was taught were passed on to his family. He is a hands-on-Dad, a loving son, a loving and faithful husband and friend to many, We know there will be many letters and testimonies to Cory's character. We just pray that ours will be read and used for leniency in his sentencing.

Most Sincerely,


John Wolfley Dickens

Retired VP/Director of Environmental Safety
& Health, Tidewater Construction Corp.

Deidre W. Dickens

Retired Guidance Counselor
Nansemond-Suffolk Academy

To whom it may concern:

My name is Tim Duerden, our family have been very close friends of Rusty and Catherine Fleming for many years. I first met Cory in the summer of 2000 when he was present at the wedding of Rusty and Catherine here in Yorkshire in the UK. I was immediately struck by his friendly demeanour and enjoyed his company immensely.

Since then I have spent time with Cory on our frequent visits to Georgia. He is a keen sports fan, baseball being his favourite! It's fabulous to listen to him discuss 'America's Passtime' with his Father Rusty who coached him in the junior leagues.

I have also been fortunate enough to attend sporting events, such as The Masters in Augusta with Cory. During such an event it was clear by his interactions, with people in his social and professional circles, that he is a well liked and respected member of the community, I wholeheartedly concur!

He is also a devoted husband to Eve, and a doting and loving father to Jack and Quinn. The children have grown into wonderful young people thanks to the love, support and guidance of their very special parents.

Yours sincerely

Tim AJ Duerden.

Astor B. Fleming



The Honorable Richard Gergel
U. S. District Judge
P.O. Box 835
Charleston, S. C. 29402

Dear Judge Gergel,

Thank you Judge for considering my letter concerning my son Cory Fleming. There are many things I could say about my son to describe him as a father, son, and husband. He was raised with love, faith and the correct values of being a good citizen, a good father and someone who knows right from wrong. We all make mistakes in our lives. Some are worse mistakes than others. There is one thing that I am sure of, this nightmare in his life has made him a stronger man. How he has carried himself with his family, his friends, and his community is beyond admirable.I could not love him more or be prouder of the way he has conducted himself throughout this ordeal. When this is all over, he will come back to all of us having grown even more in fortitude and strength and be an even greater asset to the community. In closing, please take this letter into consideration and show mercy on my son. Please consider all the good things he has done previously in his profession and his community and what he can accomplish going forward.

Thank you again for allowing me to forward my thoughts to you.

**Yours sincerely,**

**Astor B. Fleming**

**Cory Fleming**

CF   **Catherine Fleming <kittyfleming@att.net>**
To: Deborah Barbier

Mon 8/7/2023 3:39 PM

The Honourable Judge Gergel
U.S. District Judge
P.O. Box 835
Charleston, SC 29402

 Dear Judge Gergel,

Cory Fleming is my step son and I have been a part of his life and he mine for the last 24 years. I joined this family later in Cory's life and was embraced wholly and completely from day one. I know that cannot have been easy but says a great deal about him and his belief in the power of family.
A finer man, alongside his Father and my own,I do not know. He is a loving, involved, attentive, devoted and listening  Father and a good, loyal, caring  and respectful husband and son.
He fosters, encourages and participates in all his relationships and has lifelong friendships which says a lot about an individual. People seek his council. He is a generous man, especially with his time,  and is always the first to offer a helping hand and to truly help in whatever way he can, no matter how big or small the request.
He has embraced fully community work with Habitat and I truly feel and see that he has gained much from that (if not more than) Habitat has gained from having him on their team.
A man of faith who attends a regular bible study group ( which has given him an even greater understanding of faith and a wonderful safe space to explore deeper questions ) and takes solace and healing in his daily devotionals.
I would humbly and respectfully ask you Judge Gergel to show leniency, Mercy and Grace on Cory Fleming who means the world to me and his family.

Thank you for your consideration
Yours
Catherine Fleming.


Sent from my iPhone


  ← Reply      → Forward

August 2, 2023


Joseph Barry Henson, Jr




TO: The Honorable Richard Gergel:


My name is Joseph B. Henson, Jr., aka Jody Henson, of Beaufort, South Carolina. I am writing to you about Cory Fleming, Esq, formerly of Moss, Kuhn and Fleming PA, Beaufort, South Carolina. I have known of Mr. Fleming, Cory, since birth due to having attended high school with his mother, a dear and close friend of my sister. However, I came to know Cory professionally through his standing within the Beaufort Law Community while I served as a Bailiff and Judicial Clerk for Beaufort County Clerk of Court, Jerri Ann Roseneau, from 2007 to 2021. During my years with the Fourteenth Judicial Circuit, I had the opportunity to witness Cory's work.

I respect the fact that Cory has come forward to the court with his plea and I am writing this letter to offer a fuller picture of him in the eyes of an officer of the court and a friend. During my tenure with the Fourteenth Judicial Circuit in any case Cory was involved in I found him to be a most professional individual and very respectful of the court and specific Judge while in session. Additionally, I assisted and worked with him through the office of the Clerk in properly handling the processing of legal documents in meeting state requirements. I personally considered him one of Beaufort's finest and most capable attorneys. Our age difference did not lead to very much social interaction, however, knowing his family we often enjoyed one another's brief company when running into each other. During my interactions with the Beaufort Bar Association, it was easy to see that many local attorney's shared my appreciation for Cory and his work.

I want to thank the court for taking the time to listen to me and would respectfully ask that these facts be weighed and considered in thoughts of leniency towards Cory. I am, and will be available, to confirm the facts of this letter should that be necessary.


Respectfully Submitted this Instant,


Joseph Barry Henson, Jr.

Beaufort, South Carolina

Victoria Hill



The Honorable Richard Gergel

U.S. District Court

P.O. Box 835

Charleston, SC 29402

Dear Honorable Judge Gergel

I am writing this letter on behalf of Cory Fleming. I have known Cory for many years and in various capacities, business and personal. Cory is hard working, a wonderful father and husband, civic servant and excellent athlete. He has given back to his community in so many ways, too many to list here.

I understand this is not the best position for Cory to be in but I do believe he is truly remorseful for his actions and has already made positive changes to his life and those around him.

I would respectfully ask that you give heartfelt consideration in your decision for sentencing. And that you take all of the good that Cory has accomplished into consideration as well as all that he can contribute back to society.

Yours sincerely,

*Victoria Hill*

8/8/23

To the Court,

I have known Cory Fleming as a great friend, husband & father. Professionly he handled a persona injury case for me. I was hit by a man on a bicycle and ha to have a skin graft. He was very caring and sweet to me. Il Case was settled quickly and with a good result.

Sincerely,
Martha H. Yperry

To whom it may concern,

I've known Corey to be a fabulous attorney. He has helped a number of my friends in cases and been honest and very caring. He has raised wonderful children and has a solid family behind him. I think he was caught up in a difficult situation with a childhood friend whose influence was criminal. I do not believe he would ever had done what he did without this criminal influence. This is not the Corey Feldman I know.

H. Hule.