**A Sampling of Sentences in South Carolina Cases**

| Case | Court | Charge/Statute | Sentence | Background |
|------|-------|----------------|----------|------------|
| *U.S. v. David Kennealy* 6:19-cr-239-5 (Jul. 6, 2023) | U.S. District Court | Pled guilty to one count of conspiracy to commit mail fraud and wire fraud in violation of 18 U.S.C. § 1349. | 3 years of probation and Ordered to pay $76,052,564.00 in restitution. | Mr. Kennealy used the corporation Future Income Payments (FIP) as a vehicle for a nationwide Ponzi scheme, which caused more than $310 million in losses to more than 2,500 retirees and had placed more than 13,000 veterans into exploitative loans. |
| *State v. John Courson* Apr. 30, 2023 | Richland County General Sessions | Pled guilty to one count of misconduct in office | 100 hours of community service | Former Senator John Courson pled guilty to taking $159,000 from his campaign account and using for personal expenses on the advice of a prominent Republican political consultant at the center of the corruption investigation. |
| *State v. Tracy Edge* Apr. 30, 2023 | Richland County General Sessions | Pled guilty to one count of a campaign finance violation | $500 fine | Former Rep. Tracy Edge pled guilty to failing to report his campaign finances. |
| *US v. Stephen Byrne* 3:20-cr-00335 (Mar. 8, 2023) | U.S. District Court | Pled guilty to one count of 18 USC 371 conspiracy. | 15 months imprisonment Fine of $200,000 | Former top executive at SCANA who defrauded investors and ratepayers in an $11 billion dollar failed nuclear plant. |
| *State v. Collins*, 2017A1021000414 (Mar. 2, 2020) | Charleston County General Sessions | Pled guilty to Breach of trust with fraudulent intent, value $10,000 or more. | 10 year suspended prison sentence and 5 years of probation. | Attorney David Athell Collins admitted that he stole $450,000 from clients who hired him to help with a low-income housing project. |

| | | | | |
|---|---|---|---|---|
| *US v. Lord* 3:22-CR-00768 Mar. 23, 2023 | U.S. District Court | Pled guilty to one count of wire fraud in violation of 18 USC 1343 | 18 months imprisonment Fine of $100,000 | Attorney Ray Lord pleaded guilty for stealing $1.5 million in COVID relief funding. |
| *US v. Joseph Hipp* 6:19-239-4 (Jan. 20, 2023) | U.S. District Court | Pled guilty to one count of conspiracy to commit mail fraud and wire fraud in violation of 18 U.S.C. § 1349. | 3 years of probation and Ordered to pay $305,494,594.63 in restitution. | Mr. Hipp used the corporation Future Income Payments (FIP) as a vehicle for a nationwide Ponzi scheme, which caused more than $310 million in losses to more than 2,500 retirees and had placed more than 13,000 veterans into exploitative loans. |
| *U.S. v. Kraig Aiken* 6:19-239-4 (Jan. 20, 2023) | U.S. District Court | Pled guilty to one count of conspiracy to commit mail fraud and wire fraud in violation of 18 U.S.C. § 1349. | 3 years of probation and Ordered to pay $305,494,594.63 in restitution. | Mr. Aiken used the corporation Future Income Payments (FIP) as a vehicle for a nationwide Ponzi scheme, which caused more than $310 million in losses to more than 2,500 retirees and had placed more than 13,000 veterans into exploitative loans. |
| *US v. Rodney Ellis* 3:22-cr-00443 (Sept. 26, 2022) | U.S. District Court | Pled guilty to one count of wire fraud in violation of 18 U.S.C. § 1343. | 33 months of imprisonment Ordered to pay $812,259.07 in restitution. | Rodney Ellis was Chief Financial Officer of the Sumter Behavioral Health Services and he admitted to diverting funds from SBHS banking accounts to his own personal banking accounts. |
| *US v. Underwood* 0:19-cr-00420 July 12, 2022 | U.S. District Court | Convicted at trial of conspiracy to violate federal law; and to commit federal program theft; deprivation of rights and wire fraud. | 46 months of imprisonment | Chester County Sheriff George Underwood was convicted of conspiring to use his position to enrich himself by obtaining money to which he was not entitled; to cover up his misconduct; and to obstruct investigations into his misconduct. |

| | | | | |
|---|---|---|---|---|
| *US v. Sprouse* 0:19-cr-00420 July 12, 2022 | U.S. District Court | Convicted at trial of conspiracy to violate federal law; and to commit federal program theft; deprivation of rights and wire fraud. | 46 months of imprisonment | Chester County Sheriff Chief Deputy Robert Sprouse was convicted of conspiring to use his position to enrich himself by obtaining money to which he was not entitled; to cover up his misconduct; and to obstruct investigations into his misconduct. |
| *US v. Neal* 0:19-cr-00420 July 12, 2022 | U.S. District Court | Convicted at trial of making false statements. | 24 months of imprisonment | Chester County Sheriff Lt. Johnny Neal was convicted of making false statements to the FBI to cover up misconduct. |
| *US v. Kevin Marsh* 3:20-727-001-MGL (S.C.D. Oct. 7, 2021)  (Guilty plea also included the state case: *South Carolina v. Marsh*) | U.S. District Court  Spartanburg County General Sessions Court | **District Court**: Pled guilty to one count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 371.  **State Court**: Pled guilty to one count of obtaining property by false pretenses under S.C. Code § 16-13-240(1). | **District Court**: 24 month prison sentence $5,000,000 in restitution  **State Court**: 10 year prison sentence that was suspended as a part of the guilty plea in federal court. | Kevin Marsh, in his role as CEO of SCANA, defrauded ratepayers and SCANA investors out of $11 billion dollars in connection with the building of a failed nuclear powerplant.  As a part of Marsh's guilty plea in federal court, the state court suspended his sentence. |
| *State v. Vivian DuBose* Jun. 25, 2021 | Sumter County General Sessions | Pled guilty to Theft of Property over $10,000 | 5 years of probation Ordered to pay $80,000 in restitution | Vivian DuBose was the former Sumter County School District Administrator admitted to taking money from the school district and overcharging time cards and improperly purchasing. |

| | | | | |
|---|---|---|---|---|
| *State v. Givens*, 2019A4620302387 (Apr. 28, 2021) | York County | Pled guilty to 3424-Breach / Breach of trust with fraudulent intent, value $10,000 or more | 5 years in prison, 5 years of probation, and ordered to pay restitution. | Attorney Tom Givens stole $224,000 from clients in what was meant to be funds to pay off a mortgage. |
| *U.S. v. Johnson*, 3:18-cr-00863-CMC (S.C.D. Jun. 5, 2019) | US District Court | Pled guilty to wire fraud in violation of 18 U.S.C. § 1343. | 12 months and one day imprisonment | Attorney and Former 5th Circuit Solicitor Dan Johnson stole money from accounts to use on personal purchases. |
| *State v. Harrison* Oct. 27, 2018 | Richland County General Sessions | Convicted at trial of two counts of misconduct in office and one count of perjury | 18 months of imprisonment | Attorney and legislator Jim Harrison was a powerful committee chair who was accused of accepting approximately $900,000 in income that he did not earn. |
| *US v. Hart* 3:17-cr-00040-MGL Jul. 25, 2018 | US District Court | Pled guilty to one count of 18 USC 371 conspiracy | 5 years of probation Ordered to pay restitution of $193,500 | Attorney William Hart pled guilty to an internet scheme involving the sale of cars. |
| *U.S. v. Meehan*, 6:18-cr-00956-TMC (S.C.D. Oct. 16, 2018) | US District Court | Pled guilty to one count of bank fraud in violation of 18 U.S.C. § 1344 in the Northern District of Alabama. | 6 months imprisonment followed by 18 months of home detention. | South Carolina Attorney Jennifer Meehan stole $375,000 by submitting fraudulent furniture invoices for furnishings and equipment for a University of Alabama sorority house. |
| *State v. Butler* (Mar. 20, 2017) | Charleston County General Sessions Court | Pled guilty to four counts of receiving anything of value to influence action of public employee; and Acceptance of rebates or extra compensation | Probationary sentence | Joe Edward Butler was a South Carolina Department of Transportation public official accused of stealing and selling SCDOT equipment. |

| | | | | |
|---|---|---|---|---|
| *State v. Ray*<br>(Mar. 20, 2017) | Charleston County General Sessions Court | Pled guilty to accessory after the fact to criminal conspiracy and Offering money for advice or assistance of public official. | Probationary sentence | Allen Kent was a South Carolina Department of Transportation public official accused of stealing and selling SCDOT equipment. |
| *State v. Singleton*<br>(Mar. 20, 2017) | Charleston County General Sessions Court | Pled guilty to  Use of official position or office for financial gain and Receiving anything of value to influence action of public employee; and Official misconduct in office; Acceptance of rebates or extra compensation; Four counts of receiving anything of value to influence action of public employee; Official misconduct in office; and Acceptance of rebates or extra compensation. | Probationary sentence | Curtis Singleton was a South Carolina Department of Transportation public official accused of stealing and selling SCDOT equipment. |
| *State v. Thompson*<br>Dec. 16, 2016 | Berkeley County General Sessions | Pled guilty to one count of using public funds, property and time to influence the outcome of an election. | 1 year in jail suspended to one year's probation $2500 fine. | Rodney Thompson was the former Berkeley County School Superintendent who admitted to using district time and resources while working on the Yes 4 Schools Campaign. |

| | | | | |
|---|---|---|---|---|
| *US v. Metts*<br>3:14-cr-00429<br>Apr. 27, 2015 | U.S. District Court | Pled guilty to Conspiracy to Harbor Illegal Aliens, a violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I). | 12 months and 1 day of imprisonment | Sheriff James Metts admitted that he agreed with a City Councilman, and an owner of local restaurants, to assist restaurant employees to avoid identification and processing by a federal immigration program housed at the Lexington County Detention Center. |
| *US v. Johnson*<br>3:14-cr-00093<br>(Apr. 1, 2015) | US District Court | Convicted at trial of conspiracy to commit wire fraud | 30 months of imprisonment Ordered to pay restitution of $15,875.00. | Michael Johnson was the elected Sheriff of Williamsburg County convicted in a credit cleaning scheme. |
| *US v. Woods*<br>3:14-cr-00093<br>(Apr. 1, 2015) | US District Court | Convicted at trial of conspiracy to commit wire fraud | 33 months of imprisonment Ordered to pay restitution of $15,875.00. | Lester Woods was convicted with the elected Sheriff of Williamsburg County convicted in a credit cleaning scheme. |
| *State v. Harrell*,<br>2014GS4007219<br>(Oct. 23, 2014) | Richland County | Pled guilty to 2985-Ethics / Penalty for violation of Article 13, campaign finance reform law | Six 1 year prison sentences, but they were suspended in exchange for cooperation. Received 3 years of probation. | Robert W. Harrell Jr. illegally misappropriated campaign finance funds. |
| *State v. Jason Booth*<br>Aug. 6, 2012 | Aiken County General Sessions | Pled guilty to one count of misconduct in office | 12 months of imprisonment suspended upon the payment of $900 fine and 5 years of probation | Jason Booth was the Saluda County sheriff who admitted to using an inmate to build a party shed, an ornate gate and other items at his home; allowing an inmate to live in a trailer outside of prison, have conjugal visits with his girlfriend; and offered to ask the governor to reduce the inmate's sentence. |

| | | | | |
|---|---|---|---|---|
| *U.S. v. Cromartie*, 3:10-cr-00232-DCN (S.C.D. Oct 27, 2010) | US District Court | Pled guilty to one count of evasion of income tax payments structuring in violation of 26 U.S.C. § 7201 and two counts of aggravated structuring in violation of 31 U.S.C. § 5324(a)(3). | 1 year and 1 day prison sentence. | Former Columbia city councilman and attorney E.W. Cromartie II evaded income tax payments. |
| *U.S. v. Harte*, 1:09-cr-01019-MBS (S.C.D. Oct. 13, 2010) | US District Court | Pled guilty to conspiracy to commit mail fraud and money laundering in violation of 18 U.S.C. § 371. | 1 year and 1 day prison sentence and ordered to pay $483,250 in restitution. | Attorney John Harte pled guilty to money laundering and conspiracy to commit mail fraud. Was later reinstated to the practice of law. |
| *State v. Campbell*, 2008GS4009592 2007GS4011571 (Jan. 28, 2009) | Richland County | Convicted at trial of insurance fraud. | 3 years of imprisonment Ordered to pay $50,000 restitution | Russell Campbell was the deputy director of the South Carolina Department of Corrections who was convicted at trial of insurance fraud. |
| *U.S. v. Jordan*, 9:08-cr-00033-PMD (Dec. 2, 2008) | US District Court | Pled guilty to one count of wire fraud in violation of 18 U.S.C. § 1343. | 24 months imprisonment | Attorney Michael T. Jordan stole $2.35 million from a client in a real estate transaction. Jordan faked his death to evade prosecution, but was apprehended near the Canadian border. |
| *U.S. v. Iseman*, 3:00-cr-00083-JFA (S.C.D. Dec. 7, 2000) | US District Court | Pled guilty to engaging in a scheme to defraud and obtain money by false pretenses. | 12 months imprisonment | Attorney Marvin Daniel Iseman was a lawyer who engaged in a bank fraud scheme. |